PETER C. ANDERSON
United States Trustee
MICHAEL HAUSER (State Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TIMOTHY D. YALE,<br><br><br><br><br><br><br><br>                          Debtor | CASE NUMBER:  8:16-bk-14775-ES<br><br>CHAPTER 11<br><br>NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); AND, REQUEST FOR JUDGMENT FOR QUARTERLY FEES DUE AND PAYABLE TO THE U.S. TRUSTEE AT THE TIME OF THE HEARING; DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF<br><br>DATE:    March 9, 2017<br>TIME:    10:30 A.M.<br>CTRM:    5A |

**TO THE HONORABLE ERITHE SMITH, DEBTOR, AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that on the above date and time and in the indicated courtroom, the United States Trustee for Region 16 (hereafter "U.S. Trustee) will move, and does hereby move this Court for an Order dismissing this case or converting this case to one under chapter 7 on the grounds set forth below.  In addition, the U.S. Trustee hereby requests

that this Court fix any Quarterly Fees due and payable to the U.S. Trustee at the time of the hearing of this motion and grant judgment in favor of the United States Trustee for said fees.

If you wish to oppose this Motion, you must **file a written response** with the Bankruptcy Court and serve a copy of it upon the U.S. Trustee at the address set forth in the upper left-hand corner of this document, upon the Debtor **no less than fourteen (14) days** prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. *See Local Bankruptcy Rule 9013-1(f) and (h).*

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: January 31, 2017

/s/ Michael Hauser
MICHAEL HAUSER
Attorney for the U.S. Trustee

# I.
# *INTRODUCTION*

The U.S. Trustee is seeking to dismiss or convert this case to one under Chapter 7 because the Debtor has failed to comply with the U.S. Trustee's Notice of Requirements. These documents were due by January 26, 2017.

# II.
# *STATEMENT OF FACTS*

### A. Case Initially Filed Under Chapter 13

On November 21, 2016, Timothy D. Yale ("Debtor") filed a voluntary Chapter 13 petition which was assigned case number 8:16-14775-ES. ***See* the Declaration of Marilyn Sorensen ("Sorensen Dec.") attached hereto.**

### B. Conversion of Case to Chapter 11

On January 19, 2017, the Debtor's case was converted to one under Chapter 11. ***See* Sorensen Dec.**

### C. Debtor's Failure to Comply with U.S. Trustee Requirements.

The deadline for complying with the U.S. Trustee's Requirements was January 26. To date, the Debtor has failed to comply with the U.S. Trustee's requirements including but not limited to providing the U.S. Trustee with: (1) evidence that all pre-petition bank accounts have been closed; (2) evidence that debtor-in-possession bank accounts have been opened; and (3) evidence of insurance on his residence and vehicle. ***See* Sorensen Dec.**

# III.
# *POINTS AND AUTHORITIES*

The U.S. Trustee respectfully submits the following memorandum of points and authorities in support of this motion to dismiss or convert this case pursuant to 11 U.S.C. § 1112(b). Under 11 U.S.C. §1112(b)(1), the Court may dismiss or convert a case if a movant establishes "cause." The Court is permitted to convert or dismiss a case, whichever is in the best interest of creditors and the estate. While 11 U.S.C. § 1112 lists several factors constituting cause, the list is not

exhaustive. The Court can consider other factors as they arise, and use its equitable powers to reach an appropriate result in each case. *In re Consolidated Pioneer Mortg. Entities*, 248 B.R. 368, 375 (9th Cir. BAP 2000).

### (A) Cause Exists Because The Debtor Has Not Complied With the U.S. Trustee's Requirements

Under § 1112(b)(4)(H), the term "cause" includes "failure timely to provide information or attend meetings reasonably requested by the United States Trustee..." Furthermore, under § 1112(b)(4)(C), the term "cause" includes failure to "maintain appropriate insurance that poses a risk to the estate." Moreover, Local Bankruptcy Rule 2015-2(a)(1) states "The debtor, the debtor in possession, or chapter 11 trustee must timely provide the United States trustee with financial, management and operational reports, and such other information requested by the United States trustee in writing pursuant to the United States Trustee Notices and Guides as necessary to properly supervise the administration of a chapter 11 case."

As set forth above, to date, the Debtor has not complied with the requirements set forth in the U.S. Trustee's Notice of Requirements, including but not limited to the Debtor's failure to provide the U.S. Trustee with (1) evidence that all pre-petition bank accounts have been closed; (2) evidence that debtor-in-possession bank accounts have been opened; and (3) evidence of insurance on his residence and vehicle.

### IV.
### *CONCLUSION*

For each and all of the above reasons, and also based upon such other and further oral and/or documentary evidence as may be presented at the time of the hearing, the U.S. Trustee respectfully requests as follows:

A.  That this Court grant the U.S. Trustee's motion herein and dismiss this case or convert this case to one under chapter 7;

B.  That this Court grant judgment in favor of the United States Trustee for any unpaid quarterly fees; and

//

C. That this Court order such other and further relief as it deems appropriate under the circumstances.

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: January 31, 2017        /s/ Michael Hauser
MICHAEL HAUSER
Assistant U.S. Trustee

## DECLARATION OF MARILYN SORENSEN

I, Marilyn Sorensen, hereby declare as follows:

1. I am employed by the Office of the U.S. Trustee as a Paralegal Specialist. My duties and responsibilities include the review and analysis of Chapter 11 cases including the case of *In re Timothy D. Yale*, case number 8:16-bk-14775-ES. The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto. This declaration is filed in support of the United States Trustee's Notice of Motion and Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) in case number 8:16-bk-14775-ES.

2. On November 21, 2016, Timothy D. Yale ("Debtor") filed a voluntary Chapter 13 petition which was assigned case number 8:16-14775-ES.

3. On January 19, 2017, the Debtor's case was converted to one under Chapter 11.

4. The deadline for complying with the U.S. Trustee's Requirements was January 26. To date, the Debtor has failed to comply with the U.S. Trustee's requirements including but not limited to providing the U.S. Trustee with: (1) evidence that all pre-petition bank accounts have been closed; (2) evidence that debtor-in-possession bank accounts have been opened; and (3) evidence of insurance on his residence and vehicle.

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto. Executed this 31st day of January 2017 at Santa Ana, California.

/s/ Marilyn Sorensen
Marilyn Sorensen
Bankruptcy Analyst

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 West 4th St., #7160, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); AND, REQUEST FOR JUDGMENT FOR QUARTERLY FEES DUE AND PAYABLE TO THE U.S. TRUSTEE AT THE TIME OF THE HEARING; DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **JANUARY 31, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew S Bisom    abisom@bisomlaw.com
- Lynn Brown    notices@becket-lee.com
- Christopher Cramer    secured@becket-lee.com
- Hal D Goldflam    hgoldflam@frandzel.com, dwise@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Joseph A Weber    firmanweber@yahoo.com, centralservice.firmanweber@gmail.com
- Craig A Welin    cwelin@frandzel.com, bwilson@frandzel.com

**2. SERVED BY UNITED STATES MAIL**: On **JANUARY 31, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Timothy D. Yale**
10251 Sunrise Lane
Santa Ana, CA 92705

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JANUARY 31, 2017,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable  Erithe Smith ---bin on the 5th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/31/17 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

PETER C. ANDERSON
United States Trustee
Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building &
    United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>TIMOTHY D. YALE<br><br><br><br>                    Debtor. | CASE NUMBER: **8:16-14775-ES**<br><br>CHAPTER  11<br><br>NOTICE OF HEARING |

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

   NOTICE IS HERBY GIVEN that a hearing in this case will be held in Courtroom **"5A,** United States Bankruptcy Court, 411 West Fourth Street, Ronald Reagan Federal Building & United States Courthouse, Santa Ana, California  92701, on **March 9, 2017 at 10:30 a.m.** to consider and act upon the following:

NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); AND, REQUEST FOR JUDGMENT FOR QUARTERLY FEES DUE AND PAYABLE TO THE U.S. TRUSTEE AT THE TIME OF THE HEARING; DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See Local Bankruptcy Rule 9013-1(f)&(h)

DATED:                                                                KATHLEEN J. CAMPBELL
                                                                                      Clerk of Court