UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>*Timothy D. Yale*<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: *8:16-14775-ES*<br>Operating Report Number: *1*<br>For the Month Ending: *January 2017* |
|---|---|

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    *N/A (1st report)*

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    *N/A (1st report)*

3. BEGINNING BALANCE:    *8,840.05* ~~0.00~~

4. RECEIPTS DURING CURRENT PERIOD:    *2,500.00*

5. BALANCE:    *11,340.05* ~~0.00~~

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD    *4,122.41* ~~0.00~~

7. ENDING BALANCE:    *7,217.59* ~~0.00~~

8. General Account Number(s):    *CASH - D.I.P. Account*
   *opened on 02/03/17*

   Depository Name & Location:

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 01/20/17 | CASH | PROGRESSIVE | Auto Insurance | 86.34 |
| 01/20/17 | CASH | Labor | Repair Leaking Roof | 360.00 |
| 01/20/17 | CASH | EL Metate | Food for Labor | 36.51 |
| 01/20/17 | CASH | Home Depot | Roof paper, nails, Henry's | 211.07 |
| 01/23/17 | CASH | Del Taco | Lunch | 5.04 |
| 01/23/17 | CASH | Costco | groceries | 262.56 |
| 01/23/17 | CASH | CVS Pharmacy | Allergy pills | 15.07 |
| 01/24/17 | CASH | Priceline | Washington DC business trip | 555.67 |
| 01/25/17 | CASH | Metro | Maryland to DC | 35.00 |
| 01/25/17 | CASH | PMUIMARS | Business Dinner D.C. | 133.57 |
| 01/26/17 | CASH | GRILLFISH | Business Dinner D.C. | 86.00 |
| 01/27/17 | CASH | Alaska Air | Flight change | 107.50 |
| 01/27/17 | CASH | AMTRAK | DC metro/train | 8.00 |
| 01/27/17 | CASH | Whole Foods | DC lunch | 16.10 |
| 01/27/17 | CASH | D.C. Cab | D.C. CAB | 25.05 |
| 01/27/17 | CASH | LYFT | DC Travel | 22.44 |
| 01/30/17 | CASH | LYFT | DC Travel | 17.73 |
| 01/30/17 | CASH | LYFT | DC airport travel | 47.42 |
| 01/30/17 | CASH | Home Depot | window leak repair mat. | 66.06 |
| 01/30/17 | CASH | Farmers Insurance | Homeowners | 290.00 |
| 01/30/17 | CASH | OSCAR | Health Insurance | 1,313.28 |
| 01/31/17 | CASH | Cobar | Sandbags & prep for storm | 360.00 |
| 01/31/17 | CASH | Chevron | gas | 62.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL DISBURSEMENTS THIS PERIOD: 4122.41

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _01/31/17_    Balance on Statement: _$7217.59_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| N/A | 1st Report | Jan 19-31, 17 |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| N/A | 1st Report | CASH |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                    0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                    $7,217.59 $0.00

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| N/A | 1st Report | Jan 19-31; 17 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | Progressive | documents | provided | Feb, 11, 17 |
| Others: | | | | |
| Home | Farmers Ins | documents | provided | Feb. 28, 17 |

I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**
<small>(Provide a copy of of montly account statements for each of the below)</small>

|                          |                        |
|--------------------------|------------------------|
| General Account:         | 7,217.59  CASH         |
| Payroll Account:         |                        |
| Tax Account:             |                        |
| *Other Accounts:         |                        |
|                          |                        |
|                          |                        |
| *Other Monies:           |                        |
| **Petty Cash (from below): | 0.00                 |

TOTAL CASH AVAILABLE:                       $ 7,217.59  0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| N/A  |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

TOTAL PETTY CASH TRANSACTIONS:                       0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| N/A | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:    (No)  Yes

___ ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:    (No)  Yes

___ ___

3. 
State what progress was made during the reporting period toward filing a plan of reorganization

___

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.    (No)  Yes

___ ___

I, [enter your name and title here],  *Timothy D. Yale*
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

1/21/17
Date

Principal for debtor-in-possession