B26 (Official Form 26) (01/14)

# United States Bankruptcy Court
## _Central_ District of _California_

In re _Timothy D. Yale_                           Case No. _8:16-14775-ES_

Debtor                                            Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _Feb. 28, 17_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| TEIIDC, LLC | 50% | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

Date: 3/3/17

_____
Signature of Authorized Individual

Timothy D. Yale
Name of Authorized Individual

Debtor – managing partner
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.                                                                 3

## Exhibit A
## Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

TellDC, LLC should have a market value of $100,000. – $200,000. As of the date of this Report. It is possible within the next 90 days the value could increase substantially.

TellDC is in the process of securing a permanent White House media hard-card. The access to the daily briefings and the ongoing enterprise should add several new outlets to the content captured and marketed by the firm.

B26 (Official Form 26)- Cont.

# Exhibit B
## Financial Statements for [Insert Name of Entity]

SEE Report

B26 (Official Form 26)- Cont.

**Exhibit B-1**
**Balance Sheet for [Name of Entity]**
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

### Exhibit B-2
### Statement of Income (Loss) for [Name of Entity]
Period ending [date]

[Provide a statement of income (loss) for the following periods:

(i) For the initial report:
    a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
    b. the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

**Exhibit B-3**
**Statement of Cash Flows for [Name of Entity]**
For the period ending [date]

[Provide a statement of changes in cash flows for the following periods:

   (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the
          most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
   (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

B26 (Official Form 26)– Cont.

## Exhibit B-4
## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]
period ending [date]

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

B26 (Official Form 26) (12/08) – Cont.                                             9

## Exhibit C
### Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

Timothy D. Yale is the co-founder and managing partner of TellDC, LLC.

TellDC uses its long-standing and trusted non-bias reports as background and content for media companies, cause advocates and political interest groups.

The value is created from the one-of-a-kind video segments that TELLDC produces in Washington DC.

Statement by Timothy D. Yale

## Instructions for Periodic Report Concerning Related Entities

General Instructions

1. This form periodic report ("Periodic Report") on value, profitability, and operations of entities in which the estate holds a substantial or controlling interest (the "Form") implements § 419 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, Pub. L. No. 19-8, 119 Stat. 23 (April 20, 2005)("BAPCPA"). This Form should be used when required by Fed. R. Bankr. P. 2015.3, with such variations as may be approved by the court pursuant to subdivisions (d) and (e) of that rule.

2. In a chapter 11 case, the trustee or debtor in possession shall file Periodic Reports of the value, operations, and profitability of each entity that is not also a debtor in a case under title 11, and in which the estate holds a substantial or controlling interest. The reports shall be prepared as prescribed by this Form, and shall be based upon the most recent information reasonably available to the trustee or debtor in possession.

3. Rule 2015.3 provides that, where the estate controls or owns at least a 20 percent interest of an entity, the estate's interest is presumed to be substantial or controlling. Where the estate controls or owns less than a 20 percent interest, the rule presumes that the estate's interest is not substantial or controlling. The question of substantial or controlling interest is, however, a factual one to be decided in each case.

4. The first Periodic Report required by subdivision (a) of Rule 2015.3 shall be filed no later than five days before the first date set for the meeting of creditors under § 341 of the Code. Subsequent Periodic Reports shall be filed no less frequently than every six months thereafter, until a plan of reorganization becomes effective or the case is closed, dismissed, or converted. Copies of the Periodic Report shall be served on the U.S. Trustee, any committee appointed under § 1102 of the Code, and any other party in interest that has filed a request therefor.

5. The source of the information contained in each Periodic Report shall be indicated.

Specific Instructions

6. Each entity subject to the reporting requirement of Rule 2015.3 shall be listed in the table contained on the first page of the form. Reports for each such entity shall be placed behind separate tabs, and each such report shall consist of three exhibits. Exhibit A shall provide valuation information; Exhibit B shall provide financial statements; and Exhibit C shall provide a description of operations.

Form B26- Rule 2015.3
Rev. 1/15/14

Form 26 Instr.– Cont.

Instructions for Exhibit A – Valuation

7. Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation, the valuation method used and the source or preparer of the information. This valuation must be no more than two years old.

Instructions for Exhibit B – Financial Statements and Profitability

8. The financial statements may be unaudited. The financial statements should be prepared in accordance with generally accepted accounting principles in the United States ("USGAAP"); deviations, if any from USGAAP, shall be disclosed. Indicate the source or preparer of the information.

9. Exhibit B shall include the following financial statements, and shall indicate the source of the information presented:

    (a) A balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year.

    (b) A statement of income (loss) for the following periods:
        (i) For the initial report:
            a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
            b. the prior fiscal year.
        (ii) For subsequent reports, since the closing date of the last report.

    (c) A statement of changes in cash flows for the following periods:
        (i) For the initial report:
            a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
            b. the prior fiscal year.
        (ii) For subsequent reports, since the closing date of the last report.

    (d) A statement of changes in shareholders'/partners' equity (deficit) for the following periods:
        (i) For the initial report:
            a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
            b. the prior fiscal year.
        (ii) For subsequent reports, since the closing date of the last report.

10. The balance sheet contained in Exhibit B-1 may include only major captions with the exception of inventories. Data as to raw materials, work in process, and finished goods inventories should be included either on the face of the balance sheet or in the notes to

Form 26 Instr – Cont.

the financial statements, if applicable. Where any major balance sheet caption is less than 10% of total assets, the caption may be combined with others. An illustrative example of such a balance sheet is set forth below:

TellDC, LLC ~~XYZ~~ Company
Balance Sheet
As of 2/28/17

| Assets | Year to date | 2016 Prior Fiscal Year |
|---|---|---|
| Cash and cash items | ($1,135.69) | ($1,080.34) |
| Marketable securities | 0 | 0 |
| Accounts and notes receivable (non-affiliates), net of allowances | 0 | 0 |
| Accounts due from affiliates | 32,150 – | 18,000 – |
| Inventories | | |
|    Raw materials | 0 | 0 |
|    Work in Process | 0 | 0 |
|    Finished goods | 0 | 0 |
|    Long-term contract costs | 0 | 0 |
|    Supplies | 0 | 0 |
|    LIFO reserve | 0 | 0 |
|     Total inventories | 0 | 0 |
| Prepaid expenses | 0 | 0 |
| Other current assets | 0 | 0 |
|    Total current assets | 31,014.31 | 16,919.66 |
| Securities of affiliates | 0 | 0 |
| Indebtedness of affiliates (non-current) | 0 | 0 |
| Other investments | 0 | 0 |
| Property, plant and equipment, net of accumulated depreciation and amortization | 0 | 0 |
| Intangible assets | 40,000 – | $10,000 – |
| Other assets | 0 | 0 |
|    Total Assets | $71,014.31 | 26,919.66 |

| Liabilities and Shareholders'/Partners' Equity | Year to date | Prior Fiscal Year |
|---|---|---|
| Accounts and notes payable (non-affiliates) | $20,000 – | $20,000 – |
| Payables to affiliates | $3,500 – | 0 |
| Other current liabilities | 0 | 0 |
|    Total current liabilities | $23,500 – | $20,000 – |

Form B26- Rule 2015.3
Rev. 1/15/14

Form 26 Instr.– Cont.

| | | |
|---|---|---|
| Bonds, mortgages, and other long-term debt, including capitalized leases | 0 | 0 |
| Indebtedness to affiliates (non-current) | 0 | 0 |
| Other liabilities | 0 | 0 |
| Commitments and contingencies | 0 | 0 |
| Deferred credits | 0 | 0 |
| Minority interests in consolidated subsidiaries | 0 | 0 |
| Preferred stock subject to mandatory redemption or whose redemption is outside the control of the issuer | 0 | 0 |
| Total liabilities | 23,500 | 20,000 |
| Shareholders' equity | 47,514.31 | 6,919.66 |
| Total liabilities and shareholders'/partners' equity | 47,514.31 | 6,919.66 |

11. The statement of income (loss) contained in Exhibit B-2 should also include major captions. When any major statement of income (loss) caption is less than 15% of net income (loss) for the most recent fiscal year, the caption may be combined with others. Notwithstanding these tests, *de minimis* amounts need not be shown separately. An illustrative example of such a statement of income (loss) is set forth below:

~~XYZ Company~~ Tail DC
Statement of income (loss)
For the periods ending 2/28/17 and 2016

| | Year to date | Prior Fiscal Year |
|---|---|---|
| Net sales and gross revenues | 12,035.67 | 209,510.37 |
| Costs and expenses applicable to sales and revenues | 13,177.56 | 114,811.68 |
| Gross profit | <1141.89> | 94,698.69 |
| Selling, general, and administrative expenses | 0 | 48,183.10 |
| Provision for doubtful accounts | 0 | 0 |
| Other general expenses | 0 | 6,941.38 |
| Operating income (loss) | <1141.89> | 39,574.21 |
| Non-operating income (loss) | 0 | 0 |
| Interest and amortization of debt discount | 0 | 0 |
| Non-operating expenses | 0 | 0 |
| Income or loss before income tax expense | <1141.89> | $39,574.21 |
| Income tax expense | 0 | 0 |
| Minority interest in income of consolidated subsidiaries | 0 | 0 |
| Equity in earnings of unconsolidated subsidiaries | | |

Form 26 Instr.– Cont.

|  | | |
|---|---|---|
| and 50 per cent or less owned persons | 0 | 0 |
| Income or loss from continuing operations | 0 | 0 |
| Discontinued operations | 0 | 0 |
| Income or loss before extraordinary items and cumulative effects of changes in accounting principles | 0 | 0 |
| Extraordinary items, net of tax | 0 | 0 |
| Cumulative effects of changes in accounting principles | 0 | 0 |
| Net income (loss) | <1,141.89> | 39,574.21 |
| Earnings per share data | 0 | 0 |

12. The statement of cash flows in Exhibit B-3 may be abbreviated, starting with a single figure of funds provided by operations and showing other changes individually only when they exceed 10% of the average of funds provided by operations for the most recent fiscal year. Notwithstanding this test, *de minimis* amounts need not be shown separately. An illustrative example of such a statement of cash flows is set forth below:

Tell VC LLC ~~XYZ~~ Company
Statement of cash flows
For the periods ending _____

|  | Year to date | Prior Fiscal Year |
|---|---|---|
| | | Same as stated income |
| Net cash provided (used) by operating activities | | |
| Cash flows from investing activities | | |
| Capital expenditures | | |
| Sale of _____ | | |
| Other (describe) | | |
| Net cash provided (used) in investing activities | | |
| Cash flows provided (used) by financing activities | | |
| Net borrowings under line-of-credit | | |
| Principal payments under capital leases | | |
| Proceeds from issuance of long-term debt | | |
| Proceeds from sale of stock | | |
| Dividends paid/Partner Distributions | | |
| Net cash provided (used) in financing activities | | |
| Net increase (decrease) in cash and cash equivalents | | |
| Cash and cash equivalents | | |

Form B26- Rule 2015.3
Rev. 1/15/14

Form 26 Instr.– Cont.

    Beginning of period                 _____    _____
    End of period                         _____    _____

13. Subject to paragraph 11 above, an illustrative example of such a statement of changes in shareholders'/partners' equity in Exhibit B-4 is set forth below:

*[handwritten: TedDG LLC]* ~~XYZ~~ Company
Statement of changes in shareholders'/partners' equity (deficit)
For the periods ending

*[handwritten: Same as Balance Sheet]*

| | Year to date | Prior Fiscal Year |
|---|---|---|
| Balance, beginning of period | _____ | _____ |
| Comprehensive net income | | |
|   Net income | _____ | _____ |
|   Other comprehensive income, net of tax | _____ | _____ |
|   Unrealized gains (losses) on securities | _____ | _____ |
|   Foreign translation adjustments | _____ | _____ |
|   Minimum pension liability adjustment | _____ | _____ |
|   Issuance of stock | _____ | _____ |
| Dividends paid | _____ | _____ |
| Balance, end of period | _____ | _____ |

14. The financial information in the financial statements shall include disclosures either on the face of the statements or in accompanying footnotes sufficient to make the information not misleading. Disclosures should encompass, but not be limited to, for example, accounting principles and practices; estimates inherent in the preparation of financial statements; status of long-term contracts; capitalization including significant borrowings or modification of existing financing arrangements; and the reporting entity resulting from business combinations or dispositions. Where material contingencies exist, disclosure of such matters shall be provided.

15. If appropriate, the statement of income (loss) should show earnings (loss) per share and dividends declared per share applicable to common stock. The basis of the earnings per share computation should be stated together with the number of shares used in the computation.

Form B26- Rule 2015.3
Rev. 1/15/14

Form 26 Instr – Cont.

16. In addition to the financial statements required above, entities in the development stage should provide the cumulative financial statements (condensed to the same degree as allowed above) and disclosures required by Statement of Financial Accounting Standards No. 7, "Accounting and Reporting by Development Stage Enterprises," to the date of the latest balance sheet presented.

Instructions for Exhibit C – Description of Operations

17. The description of operations contained in Exhibit C of this Form should describe the nature and extent of the estate's interest in the entity, as well as the business conducted by and intended to be conducted by the entity, focusing on the entity's dominant business segment(s) including, but not limited to the following as applicable:

    · Principal product produced or services rendered and methods of distribution
    · Description of the status of a new product or segment if a public announcement has been made or information publicly disseminated
    · Sources and availability of raw materials
    · Any significant patents, trademarks, licenses, franchises, and concessions held
    · Seasonality of the business
    · Dependence upon a single customer or a few customers
    · Dollar amount of backlog orders believed to be firm
    · Exposure to renegotiation or redetermination or termination of significant contracts
    · Competitive conditions facing the entity
    · Description of properties owned
    · Significant legal proceedings
    · Material purchase commitments
    · Identified trends events or uncertainties that are likely to have a material impact on the entity's short-term liquidity, net sales, or income from continuing operations

18. The source preparer of the information should be indicated.

*Information on financial calculations provided by Chris Aismeier bookkeeper for [illegible]*