UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: Timothy D. Yale _Debtor(s)._ | CHAPTER 11 (NON-BUSINESS) Case Number: 8:16-14775-ES Operating Report Number: 2 For the Month Ending: Feb 28, 2017 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____ 2,500 –

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS _____ 4,122.41

3. BEGINNING BALANCE: _____ 7,217.59 0.00

4. RECEIPTS DURING CURRENT PERIOD: _____ 20,700.00

5. BALANCE: _____ 27,919.59 0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD _____ 12,272.07 0.00

7. ENDING BALANCE: _____ 15,647.52 0.00

8. General Account Number(s): Hanmi Bank ▇▇▇▇9546

   Depository Name & Location: Hanmi Bank 3660 Wilshire Blvd, Ste PH-A Los Angeles, CA 90010

\* All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

Note: The D.I.P. checks did not arrive until March 5th 2017 so cash was utilized for payments. Additionally there is no debit card issued for the D.I.P. account.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 02/01/17 | Cash | Chevron | gas | 63.00 |
| 02/01/17 | Hstract | Alaska Air. | Bag change | 25.00 |
| 04/06/17 | Hstract | google | Hosting Website | 90.00 |
| 04/07/17 | Cash | Attorney | legal fees | 3500 — |
| 02/08/17 | Cash | Home Depot | Repairs @ property | 311.60 |
| 02/10/17 | Hstract | Cox Communicator | Internet & telephone | 378.67 |
| 02/13/07 | Hstract | Home Depot | Storm Prep | 179.60 |
| 02/13/17 | Hstract | Chevron | gas | 40.00 |
| 02/15/17 | Cash | So Cal Edison | Electric Bill | 2350.00 |
| 02/17/17 | Cash | Farmers Ins. | House owns policy | 375.28 |
| 02/18/17 | Cash | Costco | food | 206.40 |
| 02/20/17 | Cash | Golden State | Water Bill | 540.88 |
| 02/22/17 | Cash | Barry & Barry | County Taxes | 3500 — |
| 02/23/17 | Cash | Chevron | fuel | 55.00 |
| 02/25/17 | Hstract | Oscar | Health Insurance | 656.64 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 12,272.070.00 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: 02 | 28 | 17    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| N/A | None in process @ |
| | End of month |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    -0

Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $0.00 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Odeen | Mo | $30,000 | 1 | $30,000 — |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | TOTAL DUE: 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A | | | |
| Worker's Compensation | N/A | | | |
| Casualty | | | | |
| Vehicle | Progressive | $500 | June 17 | June 17 |
| Others: | OGM | Bronze plan | Dec. 17 | Jun 17 |
| Home | Fmmein | $1,000,000 | Jun 17 | Jun 17 |

## I.D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  |  |
|---|---|
| General Account: | on Report |
| Payroll Account: | Pg 4 |
| Tax Account: | |

*Other Accounts:    CASH

*Other Monies:

**Petty Cash (from below):    0.00

### TOTAL CASH AVAILABLE:    0.00

### Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 2/03/07 | gas for Son Hamid | 25.00 |
| 2/10/17 | Lunch for client | 68.00 |
| 2/10/17 | Hair Cut | 25.00 |
| 2/18/17 | Ace Hardware WD 40 & screws and misc parts | 16.34 |
| 2/22/17 | Albertsons, cleaning supplys | 36.37 |
| 2/30/17 | Cell phone Case | 14.68 |

### TOTAL PETTY CASH TRANSACTIONS:    185.31  0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:  **No** ✗  Yes ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:  **No** ✗  Yes ___

3.
   State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.  **No** ✗  Yes ___

I, [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_March 14, 2017_
Date

Page 8 of 8

_____
Principal for debtor-in-possession