UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| Timothy D. Yale | Case Number: 8:16-14775-ES |
| Debtor(s). | Operating Report Number: 3 |
| | For the Month Ending: March 31, 2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        $23,200—

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        $16,398.48

3. BEGINNING BALANCE:        15,647.52 .00

4. RECEIPTS DURING CURRENT PERIOD:        26,000—

5. BALANCE:        41,647.52 .00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD        24,903.15 .00

7. ENDING BALANCE:        16,744.37 .00

8. General Account Number(s):        Hanmi Bank - ████ 9546

   Depository Name & Location:        3660 Wilshire blvd, PH-A
   Los Angeles, CA 90010

\* All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

Hanmi Bank will not issue a debit
card for a D.I.P. account. It is
impossible to perform my consulting w/o
the means to utilize a debit or credit card.
I will be changing bank account to a
firm that allows me to perform my work.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/2/17 | cash | So Cal Gas | Gas - House | 540.97 |
| 3/2/17 | cash | So Cal Edison | Electric Bill | 2347.74 |
| 3/3/17 | cash | Golden St. Water | Water bill | 540.88 |
| 3/3/17 | E.P. | Oscar Health | Health Insurance | 656.64 |
| 3/3/17 | cash | Farmers Ins | Home owners Insurance | 252.03 |
| 3/4/17 | cash | Laborers (5) | Yard construction | 700.00 |
| 3/4/17 | cash | Albertsons | Food for Labor | 22.45 |
| 3/5/17 | cash | Laborees (5) | Yard construction | 700.00 |
| 3/5/17 | cash | EL METATE | Food & Drinks for workers | 54.19 |
| 3/6/17 | cash | County of Orange | Electrical Permit | 335.75 |
| 3/8/17 | cash | Santiago Chevron | gas for Car | 64.00 |
| 3/11/17 | cash | Laborers (5) | Cut weeds & Trees | 700.00 |
| 3/11/17 | cash | EL Pollo Loco | food for Labor | 53.21 |
| 3/11/17 | cash | Balboa Bay Club | Business Lunch | 34.48 |
| 3/12/17 | cash | Laborers (3) | Weed & haul debris technu | 420.00 |
| 3/13/17 | cash | Cox Communication | Internet / TV / Phone | 361.89 |
| 3/13/17 | cash | Laborers (3) | Weed & Trash Hauling | 420.00 |
| 3/16/17 | cash | Ritz Carlton L.N. | Lunch w/ client for consulting | 70.00 |
| 3/17/17 | cash | Priceline | Air fair / San Jose | 960.00 |
| 3/17/17 | cash | Long Beach Airport | parking | 24.00 |
| 3/18/17 | cash | Home Depot | pipe / electrical / misc | 308.64 |
| 3/18/17 | cash | Laborers (5) | install sleeves & irrigation | 700.00 |
| 3/19/17 | cash | Laborers (4) | grade back yard / weigh | 560.00 |
| 3/20/17 | cash | Lyft | Transport in San Jose | 158.91 |
| 3/20/17 | cash | Home Depot | Tarps & plastic for Rm | 12.87 |
| 3/25/17 | cash | Laborers (5) | stub electric, low voltage | 700.00 |
| 3/25/17 | cash | Albertsons | food & drinks for labor | 22.21 |
| 3/25/17 | cash | Home Depot | pipe fittings & misc parts | 29.25 |
| 3/26/17 | cash | Laborers | Trash Hauling clean weeds | 560.00 |
| 3/26/17 | cash | Albertsons | Lunch & drinks for labor | 34.19 |
| 3/28/17 | cash | Albertsons | Groceries to eat | 50.02 |
| 3/31/17 | cash | plumber | Repairs to garage drain & toilets | 1,100.00 |
| 3/31/17 | cash | Santiago Hills | gas for Car | 71.00 |
| 3/31/17 | cash | Precision pre-cast | Wall and plaster caps | 2,350.00 |
| 3/31/17 | cash | Pavilions | food for Laborers | 62.26 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | TOTAL DISBURSEMENTS THIS PERIOD: | | 15,977.52 |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _N/A_     Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| Reserved - | Media buy Budget | < 8,500 - > |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                     < 8,500 > 0.00

Bank statement Adjustments:                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                         $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| 6 Deon | Mo | 30,000 | 3 | 60,000— |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 60,000  0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers Insur | 900K | mo / mo | May 1, 17 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle | Progressive | full Coverage | mo / mo | May 1, 17 |
| Others: |  |  |  |  |

## I.D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 16 744.37 |
| Payroll Account: | n/a |
| Tax Account: | n/a |

*Other Accounts: _____  _____

_____  _____

*Other Monies: _____  _____

**Petty Cash (from below): | 425,57 0.00 | *

### TOTAL CASH AVAILABLE:    * Added in as Expense    | 16,744.37 0.00 |

### Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 3/12/17 | Del Taco - family food | 19.37 |
| 3/12/17 | Albertsons | 33.77 |
| 3/12/17 | Ritz Carlton LN - parking | 15.00 |
| 3/15/17 | El Metate - food | 46.47 |
| 3/19/17 | Harber Freight - Tool | 8.60 |
| 3/19/17 | Valentino's Pizza | 26.49 |
| 3/21/17 | Albertsons (food) | 186.24 |
| 3/21/17 | Panadie Ranch (food) | 5.90 |
| 3/23/17 | Albertsons (food) | 47.09 |
| 3/25/17 | Albertsons (food) | 36.64 |

### TOTAL PETTY CASH TRANSACTIONS:    | 425, 57 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| N/A | N6 | Statement | yet | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

Case 8:16-bk-14775-ES   Doc 71   Filed 04/19/17   Entered 04/19/17 15:35:52   Desc
Main Document   Page 8 of 12

## XI. QUESTIONNAIRE

|     |                                                                                                                                                                            | No | Yes |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----|-----|
| 1.  | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:                   | X  | ___ |
| 2.  | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X  | ___ |

3.
  State what progress was made during the reporting period toward filing a plan of reorganization
  *Site improvements, negotiations finalized for site rental and Consulting clients activating. Also Employment opportunities as*

4. Describe potential future developments which may have a significant impact on the case: *Biz Dev for Tech Firm .*

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|     |                                                                                                                                         | No | Yes |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------|----|-----|
| 6.  | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X  | ___ |

I,   [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4/17/17
Date

Page 8 of 8

Principal for debtor-in-possession

# Hanmi Bank

3660 Wilshire Blvd Ste PH-A
Los Angeles, CA 90010

## Statement Ending 03/20/2017

*TIMOTHY DAVID YALE*                                         *Page 1 of 4*
*Customer Number: XXXXXXXX9546*

RETURN SERVICE REQUESTED

>007032 2037051 0001 092643 10Z

TIMOTHY DAVID YALE
DEBTOR IN POSSESSION
CASE NO. 8:16-bk-14775-ES
10251 SUNRISE LN
SANTA ANA CA 92705-6411

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Irvine |
| ✉ | Mailing Address | 14474 Culver Drive, Ste D Irvine, CA 92604 |
| ☎ | Call Center (9AM-6PM, M-F) | (855) 773-8778 |
| 💻 | Online Banking | www.Hanmi.com |
| 📱 | Mobile Banking | Apple Store/Google Play |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Regular Checking-Per | XXXXXXXX9546 | $205.59 |

Want a faster way to receive your monthly statement? Switch to e-statement today. It is a more secure, faster and
convenient way to view your statement. Visit www.hanmi.com/estatement for more details.

## Regular Checking-Per - XXXXXXXX9546

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/18/2017 | Beginning Balance | $537.78 | Average Ledger Balance | $260.50 |
| | 1 Credit(s) This Period | $500.00 | | |
| | 5 Debit(s) This Period | $832.19 | | |
| 03/20/2017 | Ending Balance | $205.59 | | |
| | Service Charges | $7.75 | | |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/10/2017 | DEPOSIT | $500.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 02/23/2017 | UNITED FIN CAS INS PREM POL 911964662 | $154.44 |
| 03/07/2017 | DELUXE CHECK CHECK/ACC. | $20.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/21/2017 | CHECK | $250.00 |
| 03/20/2017 | SERVICE CHARGE | $7.75 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 102 | 03/14/2017 | $400.00 |

* Indicates skipped check number



**FDIC**

TIMOTHY DAVID YALE                    XXXXXXXX9546              Statement Ending 03/20/2017                    Page 2 of 4

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Date or # | Amount | Date or # | Amount | Date or # | Amount | | |
| | | | | | | **ENTER** BALANCE STATEMENT | |
| | | | | | | **ADD** RECENT DEPOSITS NOT CREDITED ON THIS STATEMENT | |
| | | | | | | **SUBTOTAL** | |
| | | | | | | **SUBTRACT** TOTAL CHECKS OUTSTANDING | |
| Total Checks Outstanding | | | | | | | |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:

Interest -ADD      Overdraft -Deduct    Automatic Payment -Deduct    Service Charge -Deduct

If your checkbook and statement do not balance, have you:

• Accounted for bank charges?                    • Verified additions and subtractions?

• Computed cancelled checks to check stubs?      • Computed deposit amount on statement to your checkbook?

• Verified ATM withdrawals and fees?             • Verified debit card purchases?

**BALANCE**  $

Please report any errors or omissions within 30 days. Otherwise the statement will be considered correct and checks genuine. All deposits and credits are subject final payment.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

Telephone or write us at the number or address shown on the front of this statement as soon as you can if you think your statement is wrong or if you need more information about a transfer listed on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. If you have a question concerning your statement, please be prepared to:

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 days (5 business days if involving a VISA transaction, 20 business days if involving a new account) after we hear from you and will correct any error promptly.

If we need more time, however, we may take up to 45 days (90 days involving a new account, point-of-sale, or foreign-initiated transaction) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days if involving a VISA transaction, 20 business days involving a new account) for the amount you think is in error, so that you will have the use of the money during the time that it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

INFORMATION ABOUT OUR FUNDS AVAILABILITY POLICY

A hold for uncollected funds may be placed on funds deposited by check or similar instruments. This could delay your ability to withdraw such funds. The delay, if any, would not exceed the period of time permitted by law. For a complete copy of our Funds Availability Policy, please contact your branch or write us at: Hanmi Bank, 3660 Wilshire Blvd., Penthouse Suite A, Los Angeles, CA 90010.

DPS-100 / DPS-101                                                Rev. 07/2014



# Hanmi Bank

3660 Wilshire Blvd Ste PH-A
Los Angeles, CA 90010

**Statement Ending 03/20/2017**

TIMOTHY DAVID YALE                    Page 3 of 4
Customer Number: XXXXXXXX9546

## Regular Checking-Per - XXXXXXXX9546 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/21/2017 | $287.78 | 03/07/2017 | $113.34 | 03/14/2017 | $213.34 |
| 02/23/2017 | $133.34 | 03/10/2017 | $613.34 | 03/20/2017 | $205.59 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MAINTENANCE: | $7.00 |
| TOTAL CHARGE FOR CHECK: | $0.25 |
| TOTAL CHARGE FOR DEBIT: | $0.50 |
| Total Service Charge | $7.75 |



#102            03/14/17            $400.00



#102            03/14/17            $400.00



#0            02/21/17            $250.00



#0            02/21/17            $250.00

023449 100 5738 0000000 039919 0739020 027