PETER C. ANDERSON
United States Trustee
MICHAEL HAUSER (State Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  Michael.Hauser@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TIMOTHY D. YALE,<br><br><br><br><br><br><br><br><br><br>Debtor | CASE NUMBER:  8:16-bk-14775-ES<br><br>CHAPTER 11<br><br>NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); AND, REQUEST FOR JUDGMENT FOR QUARTERLY FEES DUE AND PAYABLE TO THE U.S. TRUSTEE AT THE TIME OF THE HEARING; DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF<br><br>DATE:    June 1, 2017<br>TIME:    10:30 A.M.<br>CTRM:    5A |

**TO THE HONORABLE ERITHE SMITH, DEBTOR, AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that on the above date and time and in the indicated

courtroom, the United States Trustee for Region 16 (hereafter "U.S. Trustee) will move, and

does hereby move this Court for an Order dismissing this case or converting this case to one

under chapter 7 on the grounds set forth below.  In addition, the U.S. Trustee hereby requests

that this Court fix any Quarterly Fees due and payable to the U.S. Trustee at the time of the

hearing of this motion and grant judgment in favor of the United States Trustee for said fees.

If you wish to oppose this Motion, you must **file a written response** with the Bankruptcy

Court and serve a copy of it upon the U.S. Trustee at the address set forth in the upper left-hand

corner of this document, upon the Debtor **no less than fourteen (14) days** prior to the above

hearing date.  If you fail to file a written response to this Motion within such time period, the Court

may treat such failure as a waiver of your right to oppose the Motion and may grant the

requested relief. *See Local Bankruptcy Rule 9013-1(f) and (h).*


Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: April 20, 2017          /s/ Michael Hauser
                               MICHAEL HAUSER
                               Attorney for the U.S. Trustee


**2**

**I.**
*INTRODUCTION*

The U.S. Trustee is seeking to dismiss or convert this case to one under Chapter 7 because:

1. The Debtor's projected post-petition income has not materialized;

2. As a result, the Debtor is unable to meet his monthly mortgage obligation of $30,000; and

3. There are significant irregularities in connection with the Debtor's use of his debtor-in-possession bank account.

**II.**
*STATEMENT OF FACTS*

**A.  Case Initially Filed Under Chapter 7, Converted to Chapter 11**

On November 21, 2016, Timothy D. Yale ("Debtor") filed a voluntary Chapter 7 petition which was assigned case number 8:16-14775-ES.  **See the Declaration of Marilyn Sorensen ("Sorensen Dec.") attached hereto.**  On January 19, 2017, the Debtor's case was converted to one under Chapter 11. **See Sorensen Dec. and the electronic docket at Exhibit A and petition, schedules and accompanying documents at Exhibit B.**

**B.  Primary Assets of the Estate**

The primary assets of the estate are two parcels of real property: (1) The Debtor's 8,800 square foot residence located at 10251 Sunrise Lane, Santa Ana, CA, which the Debtor has valued at $6,000,000 ("Residence"); and (2) an adjacent property, which is a 1.8-acre unimproved lot located at 10255 Sunrise Lane, Santa Ana, CA, and is valued by the Debtor at $1,500,000 ("Unimproved Lot"). **See Sorensen Dec. and Exhibit B, bates stamp pages 0025-0026.**

**C.  Lack of Post-Petition Payments To Mortgage Holder On Residence and Unimproved Lot**

According to the Debtor's February 23, 2017 Status Report, the petition in this case was filed to stop a foreclosure sale of the Residence and Unimproved Lot.  **See Status Report, Exhibit C, bates stamp page 0081, line27-28 and top of bates stamp page 0082.**  According

to the Real Property Questionnaire, the secured lender/ foreclosing party is Odeon Singapore Limited, which holds a first trust deed against the Residence and Unimproved Lot in the amount of $5,713,000. There are additional liens against the property in the sum of $211,385. **See Exhibit B, bates stamp pages 0034-0038 and Real Property Questionnaire at Exhibit D, bates stamp page 0086.**

The monthly mortgage payment to Odeon Singapore Limited is $30,000. **See Exhibit D, bates stamp page 0086.**   The February and March 2017 Operating Reports indicated that no mortgage payment had been remitted to Odeon Singapore Limited for those months; this now means that as of March 31, 2017, the Debtor has failed to make $60,000 in payments to the secured creditor[1]. **See February 2017 Operating Report at Exhibit E, bates stamp page 0088, March 2017 Operating Report at Exhibit F, bates stamp page 0096, and Sorensen Dec.**

### D.  Post-Petition Financial Projections Have Failed To Materialize

The Debtor provided a 90-day projection for income and expenses to the U.S. Trustee as part of his compliance documentation.   That projection, **a copy of which is attached hereto as Exhibit G**, projected income as follows:

| Month | Consulting Income | Property Rental Income[2] |
|---|---|---|
| February | $45,000 | |
| March | $57,500 | $30,000 |
| April | $57,500 | $30,000 |

---

[1] This does not take into account the time between the Chapter 13 filing on November 21, 2016 and the conversion date, January 19, 2017.

[2] Debtor has indicated a desired to rent out the Residence as a "wellness" center.

In February, however, the Debtor only identified receipts of $20,700, an amount insufficient to meet the $30,000 monthly mortgage obligation to Odeon Singapore Limited, let alone his other obligations.  **See Exhibit E, bates stamp page 0087.**   In March, too, the Debtor only identified receipts of $26,000.  **See Exhibit F, bates stamp page 0095.**  Those alleged receipts, however, were not apparently deposited into the debtor-in-possession bank account, according to the bank statement attached to the report.  **See Exhibit F, bates stamp page 0103.**

### E.  It Is Unclear Whether The Debtor Is Utilizing A Debtor-In-Possession Bank Account

At the Initial Debtor Interview ("IDI"), conducted on February 9, 2017, the Debtor and his Counsel advised the U.S. Trustee that the Debtor had not had a personal bank account for a number of years.  When asked how he paid personal expenses, he stated that he used the bank account of TellDC, an LLC which is 100% owned by the Debtor, to pay those expenses.  **See the Sorensen Dec**.   When the Debtor filed his Operating Report for February 2017, he made a handwritten notation on the front of the report indicating "The DIP checks did not arrive until March 5, 2017 so cash was utilized for payments.  Additionally, there is no debit card issued for the DIP account."  Furthermore, no bank statement was attached to the February 2017 Operating Report.  Rather, based upon the handwritten ledger attached to the February 2017 Operating Report, it is evident that all expenses were paid in cash.  **See Exhibit E, bates stamp page 0088**.

The March 2017 Operating Report further confuses this issue as the Debtor made this handwritten notation "Hanmi Bank will not issue a debit card for a DIP account.  It is impossible to perform my consulting w/o the means to utilize a debit or credit card.  I will be changing bank account [sic] to a firm that allows me to perform my work."  The Debtor's handwritten ledger for March 2017 shows that he paid $24,903 in expenses all in cash.  **See Exhibit F, bates stamp page 0096**.  As to the receipts of $26,000 listed on the front page of the March 2017 Operating Report, the attached bank statement covering the period through March 20, 2017 (and not March

31, 2017), shows only one deposit of $500 was put into the Hanmi Bank debtor-in-possession bank account.  Therefore, it is entirely unclear if and where the remaining $25,500 was deposited and in to which bank account. **See** **Sorensen Dec**.

### F.  Failure To Employ Accountant/ Failure To File Tax Returns

The U.S. Trustee has received no personal income tax returns from the Debtor.  At the IDI on February 9, 2017, the 2014 and 2015 returns were once again requested by the U.S. Trustee. **See** **Sorensen Dec**.  To date, the requested tax returns have not been provided, despite e-mails since that time requesting them.  In the Debtor's February 23, 2017, Status Report it was indicated that the Debtor would be filing an application to employ an accountant; to date, however no application to employ an accountant has been filed. **See docket at Exhibit A**.

### III.
### *POINTS AND AUTHORITIES*

The U.S. Trustee respectfully submits the following memorandum of points and authorities in support of this motion to dismiss or convert this case pursuant to 11 U.S.C. § 1112(b). Under 11 U.S.C. §1112(b)(1), the Court may dismiss or convert a case if a movant establishes "cause." The Court is permitted to convert or dismiss a case, whichever is in the best interest of creditors and the estate.  While 11 U.S.C. § 1112 lists several factors constituting cause, the list is not exhaustive.  The Court can consider other factors as they arise, and use its equitable powers to reach an appropriate result in each case. *In re Consolidated Pioneer Mortg. Entities*, 248 B.R. 368, 375 (9th Cir. BAP 2000).

### (A)  Cause Exists Because the Debtor's Projected Post-Petition Income Has Not Materialized Resulting in His Inability to Pay His Monthly Mortgage of $30,000

As noted above, in *Consolidated Pioneer*, the Ninth Circuit has held that courts can look to other factors beyond those enumerated in section 1112(b)(4) to determine whether cause exists to dismiss or convert a case.  Here, the Debtor submitted 90 day projections to the U.S.

Trustee stating that his income would be $45,000, $57,000 and $57,500 for the months of February, March and April, respectively.  In February, however, the Debtor only listed receipts of $20,700, an amount insufficient to meet the $30,000 monthly mortgage obligation to Odeon Singapore Limited, let alone his other obligations. In March 2017, the Debtor only reported receipts of $26,000.

**(B)    Cause Exists Because There are Significant Irregularities in Connection with the  Debtor's use of his debtor-in-possession bank account.**

Under § 1112(b)(4)(H), the term "cause" includes "failure timely to provide information or attend meetings reasonably requested by the United States Trustee..." Moreover, Local Bankruptcy Rule 2015-2(a)(1) states "The debtor, the debtor in possession, or chapter 11 trustee must timely provide the United States trustee with financial, management and operational reports, and such other information requested by the United States trustee in writing pursuant to the United States Trustee Notices and Guides as necessary to properly supervise the administration of a chapter 11 case."  As set forth above, the Debtor has not complied with the requirements set forth in the U.S. Trustee's Notice of Requirements with regard to use of his debtor-in-possession bank account.  In particular, the February 2017 Monthly Operating Report ("MOR") reflects that all of the Debtor's disbursements were cash transactions.  The March 2017 MOR reflects that the Debtor continued to conduct business on an all cash basis.  More fundamentally, the Debtor states in his March 2017 MOR that he deposited $26,000, but the bank statement only reflects the deposit of $500.

**IV.**
*CONCLUSION*

For each and all of the above reasons, and also based upon such other and further oral and/or documentary evidence as may be presented at the time of the hearing, the U.S. Trustee respectfully requests as follows:

**7**

A.   That this Court grant the U.S. Trustee's motion herein and dismiss this case or convert this case to one under chapter 7;

B.   That this Court grant judgment in favor of the United States Trustee for any unpaid quarterly fees; and

C.   That this Court order such other and further relief as it deems appropriate under the circumstances.

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: April 20, 2017               /s/ Michael Hauser
                                    MICHAEL HAUSER
                                    Attorney for U.S. Trustee

**8**

### DECLARATION OF MARILYN SORENSEN

I, Marilyn Sorensen, hereby declare as follows:

1.  I am employed by the Office of the U.S. Trustee as a Bankruptcy Analyst.  My duties and responsibilities include the review and analysis of Chapter 11 cases including the case of *In re Timothy D. Yale*, case number 8:16-bk-14775-ES.  The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto. This declaration is filed in support of the United States Trustee's Notice of Motion and Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) in case number 8:16-bk-14775-ES.

2.  I have reviewed the docket in this case as well as the Monthly Operating Reports and compliance documents.  According to the Court docket, on November 21, 2016, Timothy D. Yale ("Debtor") filed a voluntary Chapter 7 petition which was assigned case number 8:16-14775-ES. On January 19, 2017, the Debtor's case was converted to one under Chapter 11. **A copy of the electronic docket, which I accessed on April 20, 2017, is attached hereto as Exhibit A and conformed copies of the petition, schedules and accompanying documents are attached hereto as Exhibit B.**

3.  The primary assets of the estate are two parcels of real property: (1) The Debtor's 8,800 square foot residence located at 10251 Sunrise Lane, Santa Ana, CA, which the Debtor has valued at $6,000,000 ("Residence"); and (2) an adjacent property, which is a 1.8-acre unimproved lot located at 10255 Sunrise Lane, Santa Ana, CA, and is valued by the Debtor at $1,500,000 ("Unimproved Lot"). **<u>See</u> Exhibit B, bates stamp pages 0025-0026.**

4.  The petition in this case was filed to stop a foreclosure sale of the Residence and Unimproved Lot, according to the Debtor's Status Report filed on February 23, 2017.  **A conformed copy of the Status Report is attached hereto as Exhibit C.  <u>See</u> bates stamp page 0081, line27-28 and top of bates stamp page 0082.**  According to the Real Property Questionnaire which was provided to the U.S.Trustee, the secured lender/ foreclosing party is Odeon Singapore Limited, which holds a first trust deed against the Residence and Unimproved

Lot in the amount of $5,713,000. There are additional liens against the property in the sum of $211,385. **See Exhibit B, bates stamp pages 0034-0038 and Real Property Questionnaire at Exhibit D, bates stamp page 0086.**

The monthly mortgage payment to Odeon Singapore Limited is $30,000. **See Exhibit D, bates stamp page 0086.** The February and March 2017 Operating Reports indicated that no mortgage payment had been remitted to Odeon Singapore Limited for those months; this now means that as of March 31, 2017, the Debtor has failed to make $60,000 in payments to the secured creditor[3]. **A conformed coy of the February 2017 Operating Report is attached hereto as Exhibit E. See bates stamp page 0088. Also, a conformed copy of the March 2017 Operating Report is attached hereto as Exhibit F. *See* bates stamp page 0096.**

5. The Debtor provided a 90-day projection for income and expenses to the U.S. Trustee as part of his compliance documentation. That projection, **a true and correct copy of which is attached hereto as Exhibit G**, projected income as follows:

| Month | Consulting Income | Property Rental Income[4] |
|---|---|---|
| February | $45,000 | |
| March | $57,500 | $30,000 |
| April | $57,500 | $30,000 |

In February, however, the Debtor only identified receipts of $20,700, an amount insufficient to meet the $30,000 monthly mortgage obligation to Odeon Singapore Limited, let

---

[3]This does not take into account the time between the Chapter 13 filing on November 21, 2016 and the conversion date, January 19, 2017.

[4] Debtor has indicated a desired to rent out the Residence as a "wellness" center.

alone his other obligations.  **See Exhibit E, bates stamp page 0087.**   In March, too, the Debtor only identified receipts of $26,000.  **See Exhibit F, bates stamp page 0095.**  Those alleged receipts, however, were not apparently deposited into the debtor-in-possession bank account, according to the bank statement attached to the report.  **See Exhibit F, bates stamp page 0103.**

6.    At the Initial Debtor Interview, which I conducted on February 9, 2017, the Debtor and his Counsel advised me that the Debtor had not had a personal bank account for a number of years.  When I asked how he paid personal expenses, he stated that he used the bank account of TellDC, an LLC which is 100% owned by the Debtor, to pay those expenses.  When the Debtor filed his Operating Report for February 2017, he made a handwritten notation on the front of the report indicating "The DIP checks did not arrive until March 5, 2017 so cash was utilized for payments.  Additionally, there is no debit card issued for the DIP account."  Furthermore, no bank statement was attached to the February 2017 Operating Report.  Rather, based upon the handwritten ledger attached to the February 2017 Operating Report, it is evident that all expenses were paid in cash.  **See Exhibit E, bates stamp page 0088**.

The March 2017 Operating Report further confuses this issue as the Debtor wrote this handwritten notation "Hanmi Bank will not issue a debit card a DIP account.  It is impossible to perform my consulting w/o the means to utilize a debit or credit card.  I will be changing bank account [sic] to a firm that allows me to perform my work."  The Debtor's handwritten ledger shows that he paid $24,903 in expenses <u>all in cash</u>.  **See Exhibit F, bates stamp page 0096**.  As to the receipts of $26,000 listed on the front page of the March 2017 Operating Report, the attached bank statement covering the period through March 20, 2017 (and not March 31, 2017), shows only one deposit of $500 was put into the Hanmi Bank debtor-in-possession bank account.  Therefore, it is entirely unclear to me if and where the remaining $25,500 was deposited and in to which bank account.

7.  The U.S. Trustee has received no personal income tax returns from the Debtor.  At the IDI on February 9, 2017, I requested the 2014 and 2015 returns.  To date, the requested tax returns have not been provided, despite e-mails I have sent since that time requesting them.  In the Debtor's February 23, 2017, Status Report, it was indicated that the Debtor would be filing an application to employ an accountant; to date, however no application to employ an accountant has been filed.  **See docket at Exhibit A**.

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.  Executed this 20th day of April 2017 at Santa Ana, California.

/s/ Marilyn Sorensen
Marilyn Sorensen
Bankruptcy Analyst

Exhibit A

**Exhibit "A"**

U.S. Bankruptcy Courts

U.S. Bankruptcy - California Central
(Santa Ana)

8:16bk14775

Timothy D. Yale

This case was retrieved from the court on Thursday, April 20, 2017

---

## Header

Case Number: 8:16bk14775
Date Filed: 11/21/2016
Date Proceedings & Schedule Retrieved: 04/20/2017
Chapter: 11

[Summary] [Participants] [Schedule] [Associated Cases] [Proceedings] [Claims] [Total Claims] [Creditors]

## Summary

Flags: CONVERTED, DsclsDue, PlnDue
Case Type: Bankruptcy
Assets: No
Vol: Voluntary
Judge: Erithe A. Smith
341 Date: 01/04/2017
341 Location: RM 3 110 411 W FOURTH ST SANTA ANA CA 92

Back to Top

## Participants

| Litigants | Attorneys |
|---|---|
| Odeon Singapore Limited<br>Added: 11/22/2016<br>Creditor<br>C | Hal D Goldflam<br>1000 Wilshire Boulevard<br>19th Floor<br>Los Angeles CA 90017-2427<br>323-852-1000<br>323-651-2577 fax<br>hgoldflam(at)frandzel.com<br>Assigned: 11/22/16<br>Creditor<br><br>Craig A Welin<br>Frandzel Robins Bloom & Csato L.C.<br>1000 Wilshire Boulevard,17th Floor<br>Los Angeles CA 90017-2427<br>323-852-1000<br>323-651-2577 fax<br>cwelin(at)frandzel.com<br>Assigned: 11/22/16 |
| Toyota Motor Credit Corporation<br>c/o Law Office of Robert S. Lampl<br>21031 Ventura Blvd., Suite 640<br>Woodland Hills CA 91364<br>Added: 01/18/2017<br>Creditor<br>C | Robert S Lampl<br>Law Office of Robert S Lampl<br>21031 Ventura Blvd,Ste 640<br>Woodland Hills CA 91364-2203<br>818-226-5662<br>818-226-5671 fax<br>advocate45(at)aol.com<br>Assigned: 01/18/17<br>Creditor |
| Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services<br>Added: 04/14/2017<br>Creditor<br>C | Randall P Mroczynski<br>Cooksey Toolen Gage Duffy & Woog<br>535 Anton Blvd 10th Fl<br>Costa Mesa CA 92626-1947<br>714-431-1100 |

**EXHIBIT A**       **0001**

714-431-1109 fax
family(at)yolkseylaw.com
Assigned: 04/14/17
Creditor

Timothy D. Yale
10251 Sunrise Lane
Santa Ana CA 92705
SSN / ITIN: xxx-xx-9700
Added: 11/21/2016
Debtor
D

Andrew S Bisom
The Bisom Law Group
300 Spectrum Center Drive, Ste. 1170
Irvine CA 92618
714-643-8900
714-643-8901 fax
abisom(at)bisomlaw.com
Assigned: 12/05/16
Debtor

Joseph A Weber
1503 South Coast Dr, Ste 209
Costa Mesa CA 92626
714-433-7185
714-662-0302 fax
firmanweber(at)yahoo.com
Assigned: 11/21/16

Courtesy NEF
Added: 12/05/2016
Interested Party
O

Lynn Brown
Becket and Lee LLP
POB 3001
Malvern PA 19355
610-644-7800
610-993-8493 fax
notices(at)becket-lee.com
Assigned: 12/05/16
Interested Party

Christopher Cramer
Becket and Lee LLP
POB 3002 Dept MVS
Malvern PA 19355
610-644-7800
610-993-8493 fax
secured(at)becket-lee.com
Assigned: 12/06/16

Reed S Waddell
Frandzel Robins Bloom & Csato L.C.
1000 Wilshire Boulevard,19th Floor
Los Angeles CA 90017-2427
323-852-1000
323-651-2577 fax
rwaddell(at)frandzel.com
Assigned: 03/09/17

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana CA 92701-4593
714 338-3400
714 338-3421 fax
ustpregion16.sa.ecf(at)usdoj.gov
Added: 11/21/2016
U.S. Trustee
T

Michael J Hauser
411 W Fourth St Suite 7160
Santa Ana CA 92701-4593
714-338-3417
714-338-3421 fax
michael.hauser(at)usdoj.gov
Assigned: 01/20/17
Lead Attorney
U.S. Trustee

Nancy S Goldenberg
411 W Fourth St Ste 7160
Santa Ana CA 92701-8000
714-338-3416
714-338-3421 fax

**EXHIBIT A**                    **0002**

nancy.goldenberg(at)usdoj.gov
Assigned: 01/20/17
Terminated: 01/20/17
Lead Attorney

Thomas H Casey (TR)
22342 Avenida Empresa, Suite 200
Rancho Santa Margarita CA 92688
949 766-8787
msilva(at)tomcaseylaw.com
Added: 11/21/2016
Terminated: 01/19/2017
Trustee
T

Back to Top

| | Schedule | | | | | |
|---|---|---|---|---|---|---|
| Document No | Deadline/Hearing | Event Filed | Due/Set | SatisfiedDate | Terminated | Hearing Judge |
| 1 | AttyDisclArrangmt(LBR F2090-1) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Dcl Db Emp Income(LBR F1002-1) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Decl Re Sched (Form 106Dec) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Incomplete Filings Due | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Means Calculation(Form 122A-2) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Means Exempt.(Form 122A-1Supp) | 11/21/2016 | 12/05/2016 | | 12/21/2016 | |
| 1 | Schd A/B(Form106A/B or 206A/B) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Schd E/F(Form106E/F or 206E/F) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Schedule C (Form 106C) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Schedule D (Form 106D or 206D) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Schedule G (Form 106G or 206G) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Schedule H (Form 106H or 206H) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Schedule I (Form 106I) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Schedule J (Form 106J) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | Statement (Form 122A-1) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | StmtFinAffairs(Form107 or 207) | 11/21/2016 | 12/05/2016 | | 11/23/2016 | |
| 1 | AttyDisclArrangmt(LBR F2090-1) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Dcl Db Emp Income(LBR F1002-1) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Decl Re Sched (Form 106Dec) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Incomplete Filings Due | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Means Calculation(Form 122A-2) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Means Exempt.(Form 122A-1Supp) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Schd A/B(Form106A/B or 206A/B) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Schd E/F(Form106E/F or 206E/F) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Schedule C (Form 106C) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Schedule D (Form 106D or 206D) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Schedule G (Form 106G or 206G) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Schedule H (Form 106H or 206H) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Schedule J (Form 106J) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Statement (Form 122A-1) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | Statement of Intent (Form 108) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 1 | StmtFinAffairs(Form107 or 207) | 11/21/2016 | 12/21/2016 | | 12/21/2016 | |
| 5 | 341 Meeting | 11/21/2016 | 01/04/2017 at 08:00 AM | | 01/06/2017 | |
| 28 | 341 Meeting | 01/06/2017 | 01/23/2017 at 11:00 AM | | 01/20/2017 | |
| 30 | Hearing | 01/18/2017 | 02/09/2017 at 10:00 AM | | 02/09/2017 | Smith, Erithe A. |
| 30 | Hearing | 01/18/2017 | 02/16/2017 at 10:00 AM | | 02/16/2017 | Smith, Erithe A. |
| 34 | Hearing | 01/20/2017 | 02/16/2017 at 10:00 AM | | 02/16/2017 | Smith, Erithe A. |
| 33 | 341 Meeting | 01/20/2017 | 02/24/2017 at 10:00 AM | 01/26/2017 | | |
| 5 | Cert. of Financial Management | 11/21/2016 | 03/06/2017 | | | |
| 5 | Objection to Discharge Due | 11/21/2016 | 03/06/2017 | | 01/20/2017 | |
| 38 | Hearing | 01/31/2017 | 03/09/2017 at 10:30 AM | | 03/09/2017 | Smith, Erithe A. |
| 44 | Status Hearing | 02/08/2017 | 03/09/2017 at 10:30 AM | | | Smith, Erithe A. |
| 48 | Hearing | 02/14/2017 | 03/09/2017 at 10:30 AM | | | Smith, Erithe A. |
| 33 | Objection to Discharge Due | 01/20/2017 | 04/25/2017 | | | |
| 69 | Hearing | 04/14/2017 | 05/18/2017 at 10:00 AM | | | Smith, Erithe A. |
| 33 | Proof of Claims Deadline | 01/20/2017 | | | 03/14/2017 | |
| 1 | Status Hearing | 11/21/2016 | 07/13/2017 at 10:30 AM | | | Smith, Erithe A. |

**EXHIBIT  A**

**0003**

No Information is Available for this case

Back to Top

| | | Proceedings | |
|---|---|---|---|
| # | Date | Details | Source |
| 1 | 11/21/2016 | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Timothy D. Yale Statement of Intention for Individuals Filing Under Chapter 7 (Form 108) due 12/21/2016. Schedule A/B: Property (Form 106A/B or 206A/B) due 12/5/2016. Schedule C: The Property You Claim as Exempt (Form 106C) due 12/5/2016. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 12/5/2016. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 12/5/2016. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 12/5/2016. Schedule H: Your Codebtors (Form 106H or 206H) due 12/5/2016. Schedule I: Your Income (Form 106I) due 12/5/2016. Schedule J: Your Expenses (Form 106J) due 12/5/2016. Declaration About an Individual Debtors Schedules (Form 106Dec) due 12/5/2016. Statement of Financial Affairs (Form 107 or 207) due 12/5/2016. Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Due: 12/5/2016. Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 Case (LBR Form F2090-1) due 12/5/2016. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 12/5/2016. Incomplete Filings due by 12/5/2016. (Weber, Joseph) (Entered: 11/21/2016) | |
| 2 | 11/21/2016 | Electronic Filing Declaration (LBR Form F1002-1) Filed by Debtor Timothy D. Yale. (Weber, Joseph) (Entered: 11/21/2016) | |
| 3 | 11/21/2016 | Certificate of Credit Counseling Filed by Debtor Timothy D. Yale. (Weber, Joseph) (Entered: 11/21/2016) | |
| 4 | 11/21/2016 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Timothy D. Yale. (Weber, Joseph) (Entered: 11/21/2016) | |
| | 11/21/2016 | Receipt of Voluntary Petition (Chapter 7)(8:16-bk-14775) [misc,volp7] ( 335.00) Filing Fee. Receipt number 43734850. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 11/21/2016) | |
| 5 | 11/21/2016 | Meeting of Creditors with 341(a) meeting to be held on 01/04/2017 at 08:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections for Discharge due by 03/06/2017. Cert. of Financial Management due by 03/06/2017 for Debtor and Joint Debtor (if joint case) (Weber, Joseph) (Entered: 11/21/2016) | |
| 6 | 11/22/2016 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Goldflam, Hal. (Goldflam, Hal) (Entered: 11/22/2016) | |
| 7 | 11/22/2016 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Welin, Craig. (Welin, Craig) (Entered: 11/22/2016) | |
| 8 | 11/23/2016 | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) Filed by Debtor Timothy D. Yale (Weber, Joseph) (Entered: 11/23/2016) | |
| 9 | 11/23/2016 | ORDER ON AMENDED REQUEST FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND OTHER REQUIRED DOCUMENTS [NEW DEADLINE: December 21, 2016. No further extensions will be granted.] (BNC-PDF) (Related Doc # 8) Signed on 11/23/2016. (Reid, Rick) (Entered: 11/23/2016) | |
| 10 | 11/23/2016 | BNC Certificate of Notice (RE: related document(s)5 Meeting (AutoAssign Chapter 7)) No. of Notices: 9. Notice Date 11/23/2016. (Admin.) (Entered: 11/23/2016) | |
| 11 | 11/23/2016 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Timothy D. Yale) No. of Notices: 1. Notice Date 11/23/2016. (Admin.) (Entered: 11/23/2016) | |
| 12 | 11/23/2016 | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Timothy D. Yale) No. of Notices: 1. Notice Date 11/23/2016. (Admin.) (Entered: 11/23/2016) | |
| 13 | 11/25/2016 | BNC Certificate of Notice - PDF Document. (RE: related document(s)9 Order on Motion to Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (BNC-PDF)) No. of Notices: 1. Notice Date 11/25/2016. (Admin.) (Entered: 11/25/2016) | |
| 14 | 12/05/2016 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Brown, Lynn. (Brown, Lynn) (Entered: 12/05/2016) | |
| 15 | 12/05/2016 | Substitution of attorney Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 12/05/2016) | |
| 16 | 12/06/2016 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cramer, Christopher. (Cramer, Christopher) (Entered: 12/06/2016) | |
| 17 | 12/06/2016 | Motion to Convert Case From Chapter 7 to 11. Fee Amount $922 Filed by Debtor Timothy D. Yale (Bisom, Andrew) (Entered: 12/06/2016) | |
| | 12/06/2016 | Receipt of Motion to Convert Case(8:16-bk-14775-ES) [motion,mconv] ( 922.00) Filing Fee. Receipt number 43817548. Fee amount 922.00. (re: Doc# 17) (U.S. Treasury) (Entered: 12/06/2016) | |
| 18 | 12/06/2016 | Notice of lodgment Filed by Debtor Timothy D. Yale (RE: related document(s)17 Motion to Convert Case From Chapter 7 to 11. Fee Amount $922). (Bisom, Andrew) (Entered: 12/06/2016) | |
| 19 | 12/13/2016 | Order Denying Motion to Convert Case (BNC-PDF) (Related Doc # 17 ) Signed on 12/13/2016 (Reid, Rick) (Entered: 12/13/2016) | |
| 20 | 12/15/2016 | BNC Certificate of Notice - PDF Document. (RE: related document(s)19 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 12/15/2016. (Admin.) (Entered: 12/15/2016) | |
| 21 | 12/21/2016 | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 12/21/2016) | |
| 22 | 12/21/2016 | Supplemental Completion of Emergency Case Filing Documents Filed by Debtor Timothy D. Yale. (Bisom, Andrew) WARNING: Item subsequently amended by docket #24. Modified on 12/22/2016 (Law, Tamika). (Entered: 12/21/2016) | |
| 23 | 12/21/2016 | Electronic Filing Declaration (LBR Form F1002-1) Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 12/21/2016) | |
| 24 | 12/22/2016 | Notice to Filer of Error and/or Deficient Document Incorrect event code was used to file this document. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE. (RE: related document(s)22 Supplemental filed by Debtor Timothy D. Yale) (Law, Tamika) (Entered: 12/22/2016) | |
| 25 | 01/03/2017 | Motion to Convert Case From Chapter 7 to 11. Fee Amount $922 Filed by Debtor Timothy D. Yale (Bisom, Andrew) (Entered: 01/03/2017) | |
| 26 | 01/03/2017 | Notice of lodgment Filed by Debtor Timothy D. Yale (RE: related document(s)25 Motion to Convert Case From Chapter 7 to 11. Fee Amount $922). (Bisom, Andrew) (Entered: 01/03/2017) | |
| 27 | 01/03/2017 | Electronic Filing Declaration (LBR Form F1002-1) Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 01/03/2017) | |
| | 01/05/2017 | Receipt of Motion to Convert Case(8:16-bk-14775-ES) [motion,mconv] ( 922.00) Filing Fee. Receipt number 43990181. Fee amount 922.00. (re: Doc# 25) (U.S. Treasury) (Entered: 01/05/2017) | |
| 28 | 01/06/2017 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/23/2017 at 11:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Debtor absent. (Casey (TR), Thomas) | |

EXHIBIT "A"                0004

(Entered: 01/06/2017)

29  01/06/2017  Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Thomas H Casey (TR). (Casey (TR), Thomas) (Entered: 01/06/2017)

30  01/18/2017  Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2010 Toyota Prius . Fee Amount $181, Filed by Creditor Toyota Motor Credit Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B- Title # 3 Exhibit C-NADA) (Lampl, Robert) (Entered: 01/18/2017)

01/18/2017  Receipt of Motion for Relief from Stay - Personal Property(8:16-bk-14775-ES) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 44064459. Fee amount 181.00. (re: Doc# 30) (U.S. Treasury) (Entered: 01/18/2017)

31  01/18/2017  Hearing Set (RE: related document(s)30 Motion for Relief from Stay - Personal Property filed by Creditor Toyota Motor Credit Corporation) The Hearing date is set for 2/9/2017 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Steinberg, Elizabeth) - Hearing Re-set for 2/16/2017 at 10:00 a.m.; See Amended Notice of Motion and Notice of Motion filed 2/20/2017, Document # 34 - Modified on 1/23/2017 (Duarte, Tina). (Entered: 01/19/2017)

32  01/19/2017  Order On Debtor''s Motion To Convert Case Under 11 U.S.C. Section 706(a) or 1112(a) 1. MOTION GRANTED. This Case is converted to Chapter 11 Pursuant to 11 U.S.C. Section 706(a) Signed on 1/19/2017. (Steinberg, Elizabeth) (Entered: 01/19/2017)

33  01/20/2017  Meeting of Creditors 341(a) meeting to be held on 2/24/2017 at 10:00 AM at RM 1-159, 411 W Fourth St., Santa Ana, CA 92701. Last day to oppose discharge or dischargeability is 4/25/2017. Proofs of Claims due by 5/25/2017. (Beezer, Cynthia) (Entered: 01/20/2017)

34  01/20/2017  Amended Motion (related document(s): 30 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2010 Toyota Prius . Fee Amount $181, filed by Creditor Toyota Motor Credit Corporation) - Amended Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY Filed by Creditor Toyota Motor Credit Corporation (Attachments: # 1 Exhibit A-Contract # 2 Exhibit B- Title # 3 Exhibit C-NADA) (Lampl, Robert) (Entered: 01/20/2017)

37  01/20/2017  Hearing Set (RE: related document(s)34 Amended Motion filed by Creditor Toyota Motor Credit Corporation). The Hearing date is set for 2/16/2017 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/23/2017)

35  01/21/2017  BNC Certificate of Notice - PDF Document. (RE: related document(s)32 Order Converting Case to Chapter 11) No. of Notices: 1. Notice Date 01/21/2017. (Admin.) (Entered: 01/21/2017)

36  01/22/2017  BNC Certificate of Notice (RE: related document(s)33 Meeting of Creditors Chapter 11 & 12) No. of Notices: 9. Notice Date 01/22/2017. (Admin.) (Entered: 01/22/2017)

01/26/2017  Chapter 7 Trustee''s Report of No Distribution: I, Thomas H Casey (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee Thomas H Casey (TR) (RE: related document(s)33 Meeting of Creditors 341(a) meeting to be held on 2/24/2017 at 10:00 AM at RM 1-159, 411 W Fourth St., Santa Ana, CA 92701. Last day to oppose discharge or dischargeability is 4/25/2017. Proofs of Claims due by 5/25/2017.). (Casey (TR), Thomas) (Entered: 01/26/2017)

38  01/31/2017  U.S. Trustee Motion to dismiss or convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b): and Request for Judgment for Quarterly Fees Due and Payable to the U.S. Trustee at the time of the hearing Filed by U.S. Trustee United States Trustee (SA). (Hauser, Michael) (Entered: 01/31/2017)

39  01/31/2017  Hearing Set (RE: related document(s)38 Motion by United States Trustee to Dismiss or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b): and, Request for Judgment for Quarterly Fees Due and Payable to the U.S. Trustee at the time of the hearing, filed by United States Trustee (SA)). The Hearing date is set for 3/9/2017 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 02/01/2017)

40  02/01/2017  Notice to creditors - Notice of Hearing RE: Notice of Motion and Motion by United States Trustee to Dismiss Case or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b): and, Request for Judgment for Quarterly Fees Due and Payable to the U.S. Trustee at the Time of the Hearing (related document # 38) (BNC-PDF) (Duarte, Tina) (Entered: 02/01/2017)

02/01/2017  Receipt of Certification Fee - $11.00 by 16. Receipt Number 80068016. (admin) (Entered: 02/01/2017)

02/01/2017  Receipt of Photocopies Fee - $4.00 by 16. Receipt Number 80068016. (admin) (Entered: 02/01/2017)

41  02/03/2017  BNC Certificate of Notice - PDF Document. (RE: related document(s)40 Notice to creditors (BNC-PDF)) No. of Notices: 10. Notice Date 02/03/2017. (Admin.) (Entered: 02/03/2017)

42  02/08/2017  Order: (1) Setting Hearing on Status of Chapter 11 Case: and (2) Requiring Report on Status of Chapter 11 Case (Status Conference Hearing: 3/19/2017 at 10:30 a.m.) (BNC-PDF) (Related Doc # 32 ) Signed on 2/8/2017 (Duarte, Tina) (Entered: 02/08/2017)

43  02/08/2017  AMENDED Order: (1) Setting Hearing on Status of Chapter 11 Case: and (2) Requiring Report on Status of Chapter 11 Case (Status Conference Hearing: 3/9/2017 at 10:30 a.m.) (BNC-PDF) (Related Doc # 32 ) Signed on 2/8/2017 (Duarte, Tina) (Entered: 02/08/2017)

44  02/08/2017  Hearing Set (related document # 32). STATUS CONFERENCE Hearing RE: Status of Chapter 11 Case; and (2) Requiring Report on Status of Chapter 11 Case to be held on 3/9/2017 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 02/08/2017)

45  02/09/2017  Hearing Continued (RE: related document(s)30 Motion for Relief from Stay - Personal Property filed by Creditor Toyota Motor Credit Corporation) - The Hearing date is set for 2/16/2017 at 10:00 AM per Amended Notice of Motion and Motion filed 1/20/17, Document #34. The case judge is Erithe A. Smith (Daniels, Sally) (Entered: 02/10/2017)

46  02/10/2017  BNC Certificate of Notice - PDF Document. (RE: related document(s)42 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/10/2017. (Admin.) (Entered: 02/11/2017)

47  02/10/2017  BNC Certificate of Notice - PDF Document. (RE: related document(s)43 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/10/2017. (Admin.) (Entered: 02/11/2017)

48  02/14/2017  Notice of Hearing Status Conference Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 02/14/2017)

52  02/16/2017  Hearing Held (RE: related document(s)30 Motion for Relief from Stay and 34 Amended Motion filed by Creditor Toyota Motor Credit Corporation) RULING: Grant with eligibility (Reni, Rick) (Entered: 02/22/2017)

49  02/17/2017  Notice of lodgment Re Order Approving Motion For Relief From the Automatic Stay Filed by Creditor Toyota Motor Credit Corporation (RE: related document(s)34 Amended Motion (related document(s): 30 Notice of motion and motion for relief

EXHIBIT A      0005

from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2010 Toyota Prius . Fee Amount $181, Case 8:16-bk-14775-ES Doc 74 Filed 04/20/17 Entered 04/20/17 01:49 Desc Filed by Creditor Toyota Motor Credit Corporation (Attachments: # 1 Exhibit Exhibit) (Alopogianis, Nancy) (Entered: 02/21/2017)

| | | |
|---|---|---|
| 50 | 02/21/2017 | Order Granting an Amended Motion for Relief from the Automatic Stay Filed by Toyota Motor Credit Corporation (BNC-PDF) (Related Doc # 34 ) Signed on 2/21/2017 (Duarte, Tina) (Entered: 02/21/2017) |
| 51 | 02/21/2017 | Monthly Operating Report. Operating Report Number: 1. For the Month Ending January, 2017 Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 02/21/2017) |
| 53 | 02/23/2017 | Status report Filed by Debtor Timothy D. Yale (RE: related document(s) 44 Hearing (Bk Other) Set). (Bisom, Andrew) (Entered: 02/23/2017) |
| 54 | 02/23/2017 | Opposition to (related document(s): 38 U.S. Trustee Motion to dismiss or convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b); and Request for Judgment for Quarterly Fees Due and Payable to the U.S. Trustee at the time of the hearing filed by U.S. Trustee United States Trustee (SA) Filed by Debtor Timothy D. Yale (Bisom, Andrew) (Entered: 02/23/2017) |
| 55 | 02/23/2017 | BNC Certificate of Notice - PDF Document. (RE: related document(s)50 Order on Amended Motion (BNC-PDF)) No. of Notices: 1. Notice Date 02/23/2017. (Admin.) (Entered: 02/23/2017) |
| 56 | 03/02/2017 | Reply to (related document(s): 54 Opposition filed by Debtor Timothy D. Yale) Filed by U.S. Trustee United States Trustee (SA) (Hauser, Michael) (Entered: 03/02/2017) |
| 57 | 03/07/2017 | Periodic Report on Related Entities Regarding Value, Operations and Profitability of Entities in Which the Estate Holds a Substantial or Controlling Interest. Report as of: 2/28/2017 Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 03/07/2017) |
| 58 | 03/09/2017 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Waddell, Reed. (Waddell, Reed) (Entered: 03/09/2017) |
| 59 | 03/09/2017 | Hearing Held (RE: related document(s)38 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (SA)) - RULING: MOTION WITHDRAWN (Steinberg, Elizabeth) (Entered: 03/14/2017) |
| 60 | 03/09/2017 | Hearing Continued (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Timothy D. Yale) RULING: CLAIMS BAR DATE IS MAY 22, 2017 (NOTICE TO CREDITORS BY MARCH 20, 2017) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT IS JUNE 9, 2017. UPDATED STATUS REPORT NO LATER THAN JUNE 29, 2017 UNLESS A PLAN AND DISCLOSURE STATEMENT HAS BEEN TIMELY FILED BY SUCH DATE IN WHICH CASE THE REQUIREMENT OF STATUS REPORT WILL BE WAIVED; DEBTOR ORDERED TO REMAIN INCOMPLIANCE WITH THE REQUIREMENTS OF THE UST (XX) CONTINUED Status hearing to be held on 7/13/2017 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith - (Steinberg, Elizabeth) (Entered: 03/14/2017) |
| 61 | 03/14/2017 | Chapter 11 Status Conference Order - this Status Conference is continued to July 13, 2017 at 10:30 am; May 22, 2017 shall be fixed as the last date by which proofs of claim and interest shall be filed; Debtor shall file its plan of reorganization and disclosure statement on or before June 9, 2017 (no continuances will be granted) (BNC-PDF) (Related Doc # 32 ) Signed on 3/14/2017 (see order for specific ruling) (Daniels, Sally) (Entered: 03/14/2017) |
| 62 | 03/16/2017 | Monthly Operating Report. Operating Report Number: 2. For the Month Ending February 2017 Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 03/16/2017) |
| 63 | 03/16/2017 | BNC Certificate of Notice - PDF Document. (RE: related document(s)61 Order on Generic Application (BNC-PDF)) No. of Notices: 1. Notice Date 03/16/2017. (Admin.) (Entered: 03/16/2017) |
| 64 | 03/20/2017 | Notice of Bar Date for Filing Proof of Claim in an Individual Chapter 11 (LBR 3001-1) Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 03/20/2017) |
| 65 | 03/27/2017 | Application to Employ Bisom Law Group as Attorney for Debtor-In-Possession Filed by Debtor Timothy D. Yale (Bisom, Andrew) (Entered: 03/27/2017) |
| 66 | 03/27/2017 | Notice of Motion For Order Without a Hearing (LBR 9013-1(p) or (q)) Filed by Debtor Timothy D. Yale (RE: related document(s)65 Application to Employ Bisom Law Group as Attorney for Debtor-In-Possession Filed by Debtor Timothy D. Yale). (Bisom, Andrew) (Entered: 03/27/2017) |
| 67 | 04/04/2017 | Opposition to (related document(s): 65 Application to Employ Bisom Law Group as Attorney for Debtor-In-Possession filed by Debtor Timothy D. Yale) Limited Objection of U.S. Trustee to Debtors Application to Employ the Bisom Law Group Filed by U.S. Trustee United States Trustee (SA) (Hauser, Michael) (Entered: 04/04/2017) |
| 68 | 04/12/2017 | Stipulation By Timothy D. Yale and U.S. Trustee Filed by Debtor Timothy D. Yale (Bisom, Andrew) (Entered: 04/12/2017) |
| 69 | 04/14/2017 | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2008 TOYOTA PRIUS - 4CYL.; VIN# JTDKB20U683423998 . Fee Amount $181, Filed by Creditor Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services (Mroczynski, Randall) (Entered: 04/14/2017) |
| | 04/14/2017 | Receipt of Motion for Relief from Stay - Personal Property(8:16-bk-14775-ES) [motion,nmpp] ( 181.00) Filing Fee. Receipt number 44629997. Fee amount 181.00. (re: Doc# 69) (U.S. Treasury) (Entered: 04/14/2017) |
| 70 | 04/14/2017 | Hearing Set (RE: related document(s)69 Motion for Relief from Stay - Personal Property filed by Creditor Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services). The Hearing date is set for 5/18/2017 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/14/2017) |
| 71 | 04/19/2017 | Monthly Operating Report. Operating Report Number: 3. For the Month Ending March 2017 Filed by Debtor Timothy D. Yale. (Bisom, Andrew) (Entered: 04/19/2017) |

Back to Top

| | Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Claim# | Creditor | Address | Filing Info | Entered By | Modified | Claimed Amount | Other Amount | History | Sequence# | Claim Description | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | (37598164) Orange DCSS | PO Box 22099 Santa Ana CA 92702-2099 | OrigFileDate : 02/06/2017 OrigEnterDate : 02/07/2017 FiledBy : CR | Rick Reid | | $29583.07 | Priority Claimed : $29583.07 | 02/06/2017 Claim #1 filed by Orange DCSS, Amount claimed: $29583.07 Reid, Rick | 1-1 Free | | |
| 2 | (37723426) Toyota Motor Credit Corporation | c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | OrigFileDate : 02/08/2017 OrigEnterDate : 02/08/2017 FiledBy : CR | Shraddha Bharatia | | $15585.60 | Amount Claimed : $15585.60 | 02/08/2017 Claim #2 filed by Toyota Motor Credit Corporation, Amount | 2-1 Online | 2-2 Update Balance, Address, And Add Documentation | |

EXHIBIT A

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | claimed: Maedler, Christopher | | | |
| 2 | | | | | | 04/06/2017 Amended Claim #2 filed by Toyota Motor Credit Corporation, Amount claimed: $15585.60 Bharatia, Shraddha | 2-2 Online | | |
| 3 | (37471020) Julie Yale | 115 Jasmine Creek Drive Corona Del Mar CA 92625 | OrigFileDate : 02/15/2017 OrigEnterDate : 02/15/2017 FiledBy : CR | Maria D Hill | $39517.83 | Priority Claimed : $4150.46 | 02/15/2017 Claim #3 filed by Julie Yale, Amount claimed: $39517.83 Hill, Maria | 3-1 Online | | |
| 4 | (37612162) County of Orange | P.O. Box 4515 Santa Ana, CA 92702-4515 Attn: Bankruptcy Unit | OrigFileDate : 02/15/2017 OrigEnterDate : 02/15/2017 FiledBy : CR | David Scallon | $72553.46 | Priority Claimed : $0.00 | 02/15/2017 Claim #4 filed by County of Orange, Amount claimed: $72553.46 Scallon, David | 4-1 Online | 4-1 Pre-Petition for 2010 thru 2016 tax years | 4-1 Bk#1700011 |
| 5 | (37655660) Toyota Motor Credit Corporation | c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | OrigFileDate : 03/08/2017 OrigEnterDate : 03/08/2017 FiledBy : CR | Greg Deegan | $1849.47 | Amount Claimed : $1849.47 | 03/08/2017 Claim #5 filed by Toyota Motor Credit Corporation, Amount claimed: $1849.47 Deegan, Greg | 5-1 Online | 5-1 Motor vehicle loan | |
| 6 | (37675798) Wells Fargo Bank N.A., | d/b/a Wells Fargo Dealer Services PO Box 19657 Irvine CA 92623-9657 | OrigFileDate : 03/17/2017 OrigEnterDate : 03/17/2017 FiledBy : CR | Tabitha Reel | $8538.71 | Secured Claimed : $7125.00 | 03/17/2017 Claim #6 filed by Wells Fargo Bank N.A.,, Amount claimed: $8538.71 Reel, Tabitha | 6-1 Online | 6-1 2008 Toyota Prius-4 Cyl. | |

Back to Top

## Total Claims

| Class | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | | |
| Secured | $105981.88 | |
| Priority | $33733.53 | |
| Unknown | | |
| Administrative | | |
| Total | $167628.14 | |

Back to Top

## Creditors

| Sub# | Name |
|---|---|
| 1 | Odeon Singapore Limited |
| 2 | Toyota Motor Credit Corporation c/o Law Office of Robert S. Lampl 21031 Ventura Blvd., Suite 640 Woodland Hills CA 91364 |
| 3 | Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services |

**EXHIBIT   A**                    **0007**

Order documents from our nationwide document retrieval service.
- OR - Call 1.866.540.8818.

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**EXHIBIT  A**                    **0008**

Exhibit B

# Exhibit "B"

<table>
<tr><td colspan="2"><b>Fill in this information to identify your case:</b></td></tr>
</table>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Timothy <br> First name <br><br> D. <br> Middle name <br><br> Yale <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | Tim D. Yale | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9700 | |

**EXHIBIT  B**

Debtor 1    __Timothy D. Yale_____    Case number _(if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

---

**5.** **Where you live**

**10251 Sunrise Lane**
**Santa Ana, CA 92705**
Number, Street, City, State & ZIP Code

**Orange**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

**EXHIBIT  B**

**0010**

Debtor 1    **Timothy D. Yale**                                                          Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

■ No.      Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

**EXHIBIT  B**

**0011**

Debtor 1    **Timothy D. Yale**                                      Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____

Number, Street, City, State & Zip Code

---

**EXHIBIT  B**                                                      **0012**

| Debtor 1 | **Timothy D. Yale** | | Case number *(if known)* |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**EXHIBIT  B**

**0013**

Debtor 1    **Timothy D. Yale**                                        Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**    I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Timothy D. Yale**

**Timothy D. Yale**                                    _____
Signature of Debtor 1                                Signature of Debtor 2

Executed on    **November 21, 2016**                 Executed on    _____
MM / DD / YYYY                                        MM / DD / YYYY

**EXHIBIT  B**                                        **0014**

Case 8:16-bk-14775-ES    Doc 74    Filed 11/29/16    Entered 11/29/16 14:15:32    Desc
Main Document    Page 7 of 15

| Debtor 1 | **Timothy D. Yale** | | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Joseph A. Weber** | Date | **November 21, 2016** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Joseph A. Weber**
Printed name

**Weber Firman**
Firm name

**1503 South Coast Drive**
**Suite 209**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone   **(714) 433-7185**       Email address

**133297**
Bar number & State

---

**EXHIBIT  B**

Certificate Number: 01401-CAC-CC-028388263



01401-CAC-CC-028388263

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 21, 2016</u>, at <u>9:56</u> o'clock <u>AM EST</u>, <u>Timothy D
Yale</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. §
111 to provide credit counseling in the <u>Central District of California</u>, an
individual [or group] briefing that complied with the provisions of 11 U.S.C. §§
109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a
copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>November 21, 2016</u>          By:    <u>/s/Jeremy Lark</u>

                                       Name:  <u>Jeremy Lark</u>

                                       Title:  <u>FCC Manager</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Costa Mesa, CA**                    , California.          **/s/ Timothy D. Yale**

Date:          **November 21, 2016**                          **Timothy D. Yale**
                                                              Signature of Debtor


                                                              Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**
                          **EXHIBIT  B**                          **0017**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Joseph A. Weber**<br>**1503 South Coast Drive**<br>**Suite 209**<br>**Costa Mesa, CA 92626**<br>**(714) 433-7185 Fax: (714) 662-0302**<br>California State Bar Number: **133297** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

        **Timothy D. Yale**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

                                                                Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **November 21, 2016**
_____

/s/ Timothy D. Yale
_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **November 21, 2016**
_____

/s/ Joseph A. Weber
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

F 1007-1.MAILING.LIST.VERIFICATION

**EXHIBIT  B**                                                                **0018**

Timothy D. Yale
10251 Sunrise Lane
Santa Ana, CA 92705


Joseph A. Weber
Weber Firman
1503 South Coast Drive
Suite 209
Costa Mesa, CA 92626


Default Resolution Network
11000 Olson Drive, Suite 101
Rancho Cordova, CA 95670


Equity Funding Group, LP
12526 High Bluff Drive
Ste. 300
San Diego, CA 92130


Julie Yale
115 Jasmine Creek Drive
Corona Del Mar, CA 92625


Kelvin Tran
14617 Fonthill Avenue
Hawthorne, CA 90250


Marie Green
7523 Autumn Hill Way
Orange, CA 92869


OC Child Support services
PO Box 989067
West Sacramento, CA 95787-9067


**EXHIBIT B**                    **0019**

Case 8:16-bk-14775-ES    Doc 71    Filed 11/21/16    Entered 11/21/16 14:15:32    Desc
Main Document    Page 12 of 12

Odeon Singapore Limited
c/o Franddzel Robins Bloom & Castro
L.C.
1000 Wilshire Blvd., 19th Floor
Los Angeles, CA 90017


Orange County Trasurer/ Tax
Collector
PO Box 1438
Santa Ana, CA 92702-1438


Pacific Capital Bank, NA
3855-F Alamo Street
Simi Valley, CA 93065

**EXHIBIT  B**                                                    **0020**

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re:<br>Timothy D. Yale<br>aka Tim D. Yale | CHAPTER NO.:  7 |
| | CASE NO.: 8:16–bk–14775–ES |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 case. [LBR 2090–1 (LBR F2090–1.1) Court Manual, section 2.1]
☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

Chapter 7      Original only

**Please return the original or copy of this form with all required items to the following location:**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>November 21, 2016</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form ccdn – Rev 12/2015)

1 /

# EXHIBIT  B                         0021

Order to Comply w/BR1007/3015    38 of 135    Page 1

| United States Bankruptcy Court Central District of California | |
|---|---|
| In re:<br>Timothy D. Yale<br>aka Tim D. Yale | CHAPTER NO.:  7 |
| | CASE NO.: 8:16–bk–14775–ES |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
## AND NOTICE OF INTENT TO DISMISS CASE

To Debtor and Debtor's Attorney of Record,

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule C (Form 106C)**
**Schedule D (Form 106D or 206D)**
**Schd E/F(Form106E/F or 206E/F)**
**Schedule G (Form 106G or 206G)**
**Schedule H (Form 106H or 206H)**
**Schd A/B(Form106A/B or 206A/B)**
**Schedule I (Form 106I)**
**Means Calculation(Form 122A–2)**
**Schedule J (Form 106J)**
**Decl Re Sched (Form 106Dec)**
**StmtFinAffairs(Form107 or 207)**
**Statement (Form 122A–1)**
**Means Exempt.(Form 122A–1Supp)**

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)    File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)
**OR**
(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: <u>November 21, 2016</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form deforco – Rev 12/2015)

## EXHIBIT  B                                    0022

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| | First Name____ Middle Name____ Last Name____ |
| Debtor 2 | |
| (Spouse if, filing) | First Name____ Middle Name____ Last Name____ |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:16-bk-14775-ES** |
| (if known) | |

☐ Check if this is an
  amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:    Summarize Your Assets**

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................. | $   7,500,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $   25,200.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $   7,525,200.00 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   11,833,868.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $   2,599.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $   256,008.00 |
| **Your total liabilities** | $   12,092,475.00 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $   40,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $   37,140.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**EXHIBIT  B**

**0023**

Case 8:16-bk-14775-ES    Doc 72    Filed 12/29/16    Entered 12/29/16 13:04:53    Desc
Main Document    Page 2 of 55

Debtor 1   **Timothy D. Yale**                                    Case number *(if known)*   **8:16-bk-14775-ES**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                    $ _____ **40,000.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 2,599.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 2,599.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT  B**                                    **0024**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:16-bk-14775-ES** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **10251 Sunrise Lane** | | | |
| Street address, if available, or other description | | | |
| | | | |
| **Santa Ana** | **CA** | **92705-0000** | |
| City | State | ZIP Code | |
| | | | |
| **Orange** | | | |
| County | | | |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000,000.00** | **$6,000,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

**EXHIBIT B**

**0025**

Debtor 1    **Timothy D. Yale**                                   Case number *(if known)*    **8:16-bk-14775-ES**

**1.2**

| | **What is the property?** Check all that apply | |
|---|---|---|

**10255 Sunrise Lane**
_Street address, if available, or other description_

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Santa Ana**      **CA**    **92705-0000**

_City_            _State_    _ZIP Code_

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500,000.00** | **$1,500,000.00** |

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Orange**
_County_

Other information you wish to add about this item, such as local property identification number:

**2 acre parcel adjacent to residence**

☐ **Check if this is community property**
(see instructions)

---

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=> | **$7,500,000.00**

| **Part 2:** | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

**3.1**   Make:    **Lexus**

Model:    **LS 4300**

Year:    **2001**

Approximate mileage: _____

Other information: _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,800.00** | **$4,800.00** |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=> | **$4,800.00**

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Official Form 106A/B                      Schedule A/B: Property                                page 2

**EXHIBIT  B**                          **0026**

Debtor 1    **Timothy D. Yale**                                                Case number *(if known)*    **8:16-bk-14775-ES**

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Furniture & furnishings | $1,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Computers & printers | $2,800.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | Artworks | $3,500.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Clothing | $600.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | Ring | $200.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT B**                                                        **0027**

| Debtor 1 | **Timothy D. Yale** | Case number *(if known)* | **8:16-bk-14775-ES** |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

<div align="right">

| |
|---|
| **$8,100.00** |

</div>

---

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.................................................................................................

<div align="right">

**Cash**      $3,200.00

</div>

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
■ No
☐ Yes........................      Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **TelIDC, LLC** **(No assets, personal property)** | **50%** % | **Unknown** |
| **Austin Research Holdings** **(Shell entity, not opperating, no assets)** | **100** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them      Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.      Type of account:      Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**EXHIBIT  B**      **0028**

| Debtor 1 | **Timothy D. Yale** | | Case number *(if known)* | **8:16-bk-14775-ES** |

☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
         Company name:                          Beneficiary:                          Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT  B**                    **0029**

Case 8:16-bk-14775-ES    Doc 74    Filed 12/29/16    Entered 12/29/16 13:04:49    Desc
Main Document    Page 6 of 35

Debtor 1    **Timothy D. Yale**    Case number *(if known)*    **8:16-bk-14775-ES**

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................................................................    | **$3,200.00** |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
- ■ No
- ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ☐ No
- ■ Yes.  Describe.....

| Office Furnishings | $7,500.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ■ No
- ☐ Yes.  Describe.....

41. **Inventory**
- ■ No
- ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes.  Give specific information about them...................
    Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    - ■ No
    - ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

**EXHIBIT  B**                    **0030**

Debtor 1    **Timothy D. Yale**    Case number *(if known)*    **8:16-bk-14775-ES**

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................    | $7,500.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☑ Yes. Give specific information.........

| Tools | | $1,600.00 |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | $1,600.00 |

| **Part 8:** | List the Totals of Each Part of this Form |

| 55. | **Part 1: Total real estate, line 2** ........................................................... | | $7,500,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $4,800.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $8,100.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $3,200.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $7,500.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $1,600.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $25,200.00 | Copy personal property total ► $25,200.00 |

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    | $7,525,200.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**EXHIBIT  B**

0031

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy D. Yale** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **8:16-bk-14775-ES** | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **10251 Sunrise Lane Santa Ana, CA 92705  Orange County**<br>Line from *Schedule A/B*: **1.1** | $6,000,000.00 | ■ $75,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2001 Lexus LS 4300**<br>Line from *Schedule A/B*: **3.1** | $4,800.00 | ■ $3,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **Furniture & furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Artworks**<br>Line from *Schedule A/B*: **8.1** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**EXHIBIT  B**

**0032**

| Debtor 1 | **Timothy D. Yale** | | Case number (if known) | **8:16-bk-14775-ES** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Ring**<br>Line from *Schedule A/B*: **12.1** | **$200.00** | ■    **$200.00**<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Office Furnishings**<br>Line from *Schedule A/B*: **39.1** | **$7,500.00** | ■    **$7,500.00**<br>☐    100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐   No

   ☐   Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**EXHIBIT  B**

**0033**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:16-bk-14775-ES** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1** **Equity Funding Group, LP**
Creditor's Name

12526 High Bluff, Ste. 300
San Diego, CA 92130
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **2/2010**

Describe the property that secures the claim:

| 10251 Sunrise Lane Santa Ana, CA 92705  Orange County |
|---|

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Deed of Trust**

Last 4 digits of account number

Column A: **$35,000.00**   Column B: **$6,000,000.00**   Column C: **$0.00**

**2.2** **Equity Funding Group, LP**
Creditor's Name

12526 High Bluff, Ste. 300
San Diego, CA 92130
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

| 10255 Sunrise Lane Santa Ana, CA 92705  Orange County<br>2 acre parcel adjacent to residence |
|---|

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Deed of Trust**

Column A: **$35,000.00**   Column B: **$1,500,000.00**   Column C: **$35,000.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**EXHIBIT  B**

**0034**

Debtor 1    **Timothy D. Yale**
_____    _____    _____    Case number (if know)    **8:16-bk-14775-ES**
First Name    Middle Name    Last Name

| Date debt was incurred | _____ | Last 4 digits of account number | _____ | | | |
|---|---|---|---|---|---|---|

| 2.3 | **Internal Revenue Service** | Describe the property that secures the claim: | **$26,845.00** | **$6,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**10251 Sunrise Lane Santa Ana, CA 92705  Orange County**

**P.O. Box 7346
Philadelphia, PA
19101-7346**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

| Date debt was incurred | _____ | Last 4 digits of account number | _____ | | | |
|---|---|---|---|---|---|---|

| 2.4 | **Internal Revenue Service** | Describe the property that secures the claim: | **$26,845.00** | **$1,500,000.00** | **$26,845.00** |
|---|---|---|---|---|---|

Creditor's Name

**10255 Sunrise Lane Santa Ana, CA 92705  Orange County
2 acre parcel adjacent to residence**

**P.O. Box 7346
Philadelphia, PA
19101-7346**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

| Date debt was incurred | _____ | Last 4 digits of account number | _____ | | | |
|---|---|---|---|---|---|---|

| 2.5 | **Julie Yale** | Describe the property that secures the claim: | **$50,000.00** | **$6,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**10251 Sunrise Lane Santa Ana, CA 92705  Orange County**

**115 Jasmine Creek Dr.
Corona Del Mar, CA
92625**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Deed of Trust**

| Date debt was incurred | **2008** | Last 4 digits of account number | _____ | | | |
|---|---|---|---|---|---|---|

| 2.6 | **Julie Yale** | Describe the property that secures the claim: | **$50,000.00** | **$1,500,000.00** | **$50,000.00** |
|---|---|---|---|---|---|

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 5

**EXHIBIT  B**    **0035**

Debtor 1   **Timothy D. Yale**

| | |
|---|---|
| First Name   Middle Name   Last Name | Case number (if know)   **8:16-bk-14775-ES** |

| | |
|---|---|
| Creditor's Name | **10255 Sunrise Lane Santa Ana, CA** |
| **115 Jasmine Creek Dr.** | **92705  Orange County** |
| **Corona Del Mar, CA** | **2 acre parcel adjacent to residence** |
| **92625** | As of the date you file, the claim is: Check all that apply. |

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Deed of Trust**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.7 | **O.C. Child Support Services** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe the property that secures the claim:**   $29,653.00   $1,500,000.00   $29,653.00

**P.O. Box 989067**
**West Sacramento, CA**
**95798**

Number, Street, City, State & Zip Code

**10255 Sunrise Lane Santa Ana, CA**
**92705  Orange County**
**2 acre parcel adjacent to residence**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.8 | **O.C. Dept. Child Supp. Services** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe the property that secures the claim:**   $29,653.00   $6,000,000.00   $0.00

**P.O. Box 989067**
**West Sacramento, CA**
**95798**

Number, Street, City, State & Zip Code

**10251 Sunrise Lane Santa Ana, CA**
**92705  Orange County**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** **12/15/2011**   **Last 4 digits of account number** _____

---

| 2.9 | **O.C. Treasurer/Tax Collecter** | | |
|---|---|---|---|

**Describe the property that secures the claim:**   $54,985.00   $6,000,000.00   $0.00

---

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 3 of 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   **EXHIBIT  B**   Best Case Bankruptcy

**0036**

Debtor 1    **Timothy D. Yale**

   First Name   Middle Name    Last Name      Case number (if know)   **8:16-bk-14775-ES**

---

Creditor's Name

**12 Civic Center Plaza,
Rm 101/106
Santa Ana, CA 92701**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**10251 Sunrise Lane Santa Ana, CA 92705  Orange County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)  **Property Taxes**

Last 4 digits of account number _____

---

| 2.1 0 | **O.C. Treasurer/Tax Collecter** | | $54,985.00 | $1,500,000.00 | $54,985.00 |
|---|---|---|---|---|---|

Creditor's Name

**12 Civic Center Plaza,
Rm 101/106
Santa Ana, CA 92701**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**10255 Sunrise Lane Santa Ana, CA 92705  Orange County
2 acre parcel adjacent to residence**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.1 1 | **Odeon Singapore Limited** | | $5,713,000.00 | $6,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**137 Market St.
#06-609 Grace Global
Raffles
Singapore, ME
04894-3000**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **2009**

Describe the property that secures the claim:

**10251 Sunrise Lane Santa Ana, CA 92705  Orange County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)  **First Mortgage**

Last 4 digits of account number _____

---

| 2.1 2 | **Odeon Singapore Limited** | Describe the property that secures the claim: | $5,713,000.00 | $1,500,000.00 | $4,213,000.0 0 |
|---|---|---|---|---|---|

---

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 4 of 5

**EXHIBIT  B**      **0037**

Debtor 1    **Timothy D. Yale**
　　　　　First Name　　　Middle Name　　　　Last Name

Case number (if know)　　**8:16-bk-14775-ES**

| | | |
|---|---|---|
| Creditor's Name **137 Market St. #06-609 Grace Global Raffles Singapore, ME 04894-3000** | **10255 Sunrise Lane Santa Ana, CA 92705  Orange County 2 acre parcel adjacent to residence** | |
| Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Deed of Trust**

Date debt was incurred _____    Last 4 digits of account number _____

| | | | | | |
|---|---|---|---|---|---|
| **2.13** | **Pacific Capital Bank, NA** Creditor's Name **3855-F Alamo St. Simi Valley, CA 93065** | Describe the property that secures the claim: **10251 Sunrise Lane Santa Ana, CA 92705  Orange County** | $14,902.00 | $6,000,000.00 | $0.00 |
| | Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/18/2008**    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $11,833,868.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $11,833,868.00 |

**Part 2:**　List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Frandzel, Robins, Bloom, et al
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017**

On which line in Part 1 did you enter the creditor?  **2.11**
Last 4 digits of account number _____

☐ Name, Number, Street, City, State & Zip Code
**Loren R. Gordon, Esq.
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017**

On which line in Part 1 did you enter the creditor?  **2.12**
Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**EXHIBIT  B**　　　　　　　　　**0038**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:16-bk-14775-ES** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **GC Services, LP** | Last 4 digits of account number  **0961** | **$2,599.00** | **$0.00** | **$2,599.00** |

Priority Creditor's Name
**6330 Gulfton**
**Houston, TX 77081**
Number Street City State Zip Code

When was the debt incurred?  **1/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only            ☐ Contingent

☐ Debtor 1 and Debtor 2 only   ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a  community debt**   **Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**   ☐ Domestic support obligations

■ No             ■ Taxes and certain other debts you owe the government

☐ Yes            ☐ Claims for death or personal injury while you were intoxicated

                 ☐ Other. Specify _____

                 **Traffic Citation**
                 **Collection agent for L.A.  Superior Court**

EXHIBIT  B          0039

Debtor 1   **Timothy D. Yale**                                                          Case number (if known)   **8:16-bk-14775-ES**

| 2.2 | **O.C. Child Support Services** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**P.O. Box 989067**
**West Sacramento, CA 95798**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| Part 2: | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Ascension Recovery Management** | Last 4 digits of account number   **8190** | **$1,946.00** |

Nonpriority Creditor's Name
**27833 Avenue Hopkins, Ste. 1B**
**Valencia, CA 91355**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection agent for Bruffy's Del Rey**

---

Official Form 106 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 2 of 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**EXHIBIT  B**

**0040**

Debtor 1    **Timothy D. Yale** _____    Case number (if know)    **8:16-bk-14775-ES**

| 4.2 | **Bonney & Bonney** | Last 4 digits of account number _____ | $1,850.00 |

Nonpriority Creditor's Name

**3862 Katella Ave., Ste. B**
**Los Alamitos, CA 90720**

Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Accounting Services**

---

| 4.3 | **Catalina Home** | Last 4 digits of account number    **7933** | $15,536.00 |

Nonpriority Creditor's Name

**14418 Best Ave**
**Santa Fe Springs, CA 90670**

Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    _____

---

| 4.4 | **Credence Resource Mgt., LLC** | Last 4 digits of account number    **0301** | $3,390.00 |

Nonpriority Creditor's Name

**17000 Dallas Parkway, Ste. 204**
**Dallas, TX 75248**

Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Collection agent for AT&T**

---

**EXHIBIT  B**                    **0041**

Debtor 1    **Timothy D. Yale**                                                                              Case number *(if know)*    **8:16-bk-14775-ES**

| 4.5 | **Credit Collection Services** | Last 4 digits of account number    **6706** | **$264.00** |

Nonpriority Creditor's Name

**725 Canton St.**
**Norwood, MA 02062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection agent for Farmers Insurance Group**

---

| 4.6 | **Ian Tseng** | Last 4 digits of account number | **$80,000.00** |

Nonpriority Creditor's Name

**136 Coyote Bruch**
**Irvine, CA 92618**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loans**

---

| 4.7 | **Julie Yale** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**115 Jasmine Creek Dr.**
**Corona Del Mar, CA 92625**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

**EXHIBIT  B**

**0042**

Debtor 1    **Timothy D. Yale**                                      Case number (if know)    **8:16-bk-14775-ES**

| | | |
|---|---|---|
| **4.8** | **Kelvin Tran** | Last 4 digits of account number _____    **$30,000.00** |

Nonpriority Creditor's Name

**14617 Fonthill Ave.**
**Hawthorne, CA 90250**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **1/8/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | | |
|---|---|---|
| **4.9** | **Marie Green** | Last 4 digits of account number _____    **$58,000.00** |

Nonpriority Creditor's Name

**7525 Autumn Hill Way**
**Orange, CA 92869**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2013**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | | |
|---|---|---|
| **4.1 0** | **Pacific Capital Bank, NA** | Last 4 digits of account number _____    **$63,186.00** |

Nonpriority Creditor's Name

**1021 Anacapa St.**
**Santa Barbara, CA 93101**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment**

**EXHIBIT  B**                    **0043**

Debtor 1    Timothy D. Yale                                                    Case number (if know)    8:16-bk-14775-ES

| 4.1 1 | Portfolio Recovery Ass., LLC | Last 4 digits of account number | 6620 | $1,836.00 |

**Portfolio Recovery Ass., LLC**
Nonpriority Creditor's Name
**P.O. Box 12914**
**Norfolk, VA 23541**
Number Street City State ZIp Code

Last 4 digits of account number    **6620**                    $1,836.00

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection agent for Capital One Bank**

---

**Tom and Leighann Nanci**
Nonpriority Creditor's Name
**9762 Ravenscroft Road**
**Santa Ana, CA 92705**
Number Street City State ZIp Code

| 4.1 2 | Tom and Leighann Nanci | Last 4 digits of account number | | $0.00 |

Last 4 digits of account number                            $0.00

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Purposes Only**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Law Offices of David W. Brody**
**1350 Columbia St., Ste. 403**
**San Diego, CA 92101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $ 0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. | $ 2,599.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. Total Priority. Add lines 6a through 6d. | 6e. | $ 2,599.00 |

Total Claim

**EXHIBIT  B**                    **0044**

Debtor 1    **Timothy D. Yale**                                    Case number (if know)    **8:16-bk-14775-ES**

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ _____ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ _____ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ _____ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ _____ 256,008.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ _____ 256,008.00 |

**EXHIBIT  B**                                                    **0045**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy D. Yale** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 8:16-bk-14775-ES | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 Name | |
| Number Street | |
| City State ZIP Code | |
| 2.2 Name | |
| Number Street | |
| City State ZIP Code | |
| 2.3 Name | |
| Number Street | |
| City State ZIP Code | |
| 2.4 Name | |
| Number Street | |
| City State ZIP Code | |
| 2.5 Name | |
| Number Street | |
| City State ZIP Code | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**EXHIBIT  B**

**0046**

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Timothy D. Yale** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 8:16-bk-14775-ES | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?  **-NONE-** . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

3.1   **Priscilla Yale**
     **13062 Chaplet Pl**
     **Tustin, CA 92780**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**Ascension Recovery Management**

**EXHIBIT  B**                    **0047**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **8:16-bk-14775-ES** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Consultant** | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $    **0.00** | $    **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$    **0.00** | +$    **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $    **0.00** | $    **N/A** |

**EXHIBIT "B"**                                    **0048**

Debtor 1    **Timothy D. Yale**

Case number (*if known*)   **8:16-bk-14775-ES**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.   $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ 0.00    $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 40,000.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 40,000.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.     10.   $ 40,000.00 + $ N/A = $ 40,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.   $ 40,000.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:

**Schedule I: Your Income**

**EXHIBIT "B"**    **0049**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **8:16-bk-14775-ES** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

   | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | | _____ | _____ | ☐ No  ☐ Yes |
   | | _____ | _____ | ☐ No  ☐ Yes |
   | | _____ | _____ | ☐ No  ☐ Yes |
   | | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **30,000.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **900.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **470.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **1,100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

**EXHIBIT B**

**0050**

| Debtor 1 | **Timothy D. Yale** | | | | Case number (if known) | **8:16-bk-14775-ES** |

| 6. | **Utilities:** | | | |
|----|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | **890.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **420.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **390.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **160.00** |
| 10. | **Personal care products and services** | | 10. $ | **0.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **60.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **150.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **810.00** |
| | 15c. | Vehicle insurance | 15c. $ | **90.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | **0.00** |
| | 17c. | Other. Specify: | 17c. | **0.00** |
| | 17d. | Other. Specify: | 17d. | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **500.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **Son** | | 19. | **100.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| 22. | **Calculate your monthly expenses** | | |
|----|---|---|---|
| | 22a. Add lines 4 through 21. | $ | **37,140.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **37,140.00** |

| 23. | **Calculate your monthly net income.** | | |
|----|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **40,000.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **37,140.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **2,860.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

Schedule J: Your Expenses

**EXHIBIT B**

**0051**

Fill in this information to identify your case:

| Debtor 1 | **Timothy D. Yale** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 8:16-bk-14775-ES | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Timothy D. Yale** | X |
|---|---|
| **Timothy D. Yale** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **December 21, 2016** | Date |

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**EXHIBIT  B**                    **0052**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:16-bk-14775-ES** |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
    states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | ☐ Wages, commissions,<br>bonuses, tips | **$270,000.00** | ☐ Wages, commissions,<br>bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**EXHIBIT  B**

Best Case Bankruptcy

0053

Debtor 1    Timothy D. Yale _____    Case number (if known)    8:16-bk-14775-ES

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips | $150,000.00 | ☐ Wages, commissions, bonuses, tips |  |
|  | ■ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips | $186,000.00 | ☐ Wages, commissions, bonuses, tips |  |
|  | ■ Operating a business |  | ☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**EXHIBIT  B**    **0054**

| Debtor 1 | Timothy D. Yale | Case number *(if known)* | 8:16-bk-14775-ES |
|---|---|---|---|

**7.** Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ■ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.** Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
Include payments on debts guaranteed or cosigned by an insider.

- ■ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**  **Identify Legal Actions, Repossessions, and Foreclosures**

**9.** Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ■ No
- ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Toyota Credit** | **2010 Prius** | 11/2016 | $8,500.00 |
|  | ■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. |  |  |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

**EXHIBIT  B**

**0055**

Debtor 1    **Timothy D. Yale**                                                     Case number *(if known)*    **8:16-bk-14775-ES**

---

| **Part 5:** | **List Certain Gifts and Contributions** |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| **Part 6:** | **List Certain Losses** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Martin McCormick** | | **June - Sept. 2016** | **$8,000.00** |
| **Weber Firman<br>1503 S. Coast Dr., Ste. 209<br>Costa Mesa, CA 92626** | **Attorneys Fees** | **11/2016** | **$3,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not

**EXHIBIT  B**                                                    **0056**

Debtor 1    **Timothy D. Yale**                                    Case number *(if known)*   **8:16-bk-14775-ES**

include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

<span style="background-color:black;color:white">**Part 8:**</span>   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

<span style="background-color:black;color:white">**Part 9:**</span>   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

<div align="center">

# EXHIBIT  B

# 0057
</div>

Debtor 1    **Timothy D. Yale**                                                    Case number *(if known)*    **8:16-bk-14775-ES**

---

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| **TellDC, LLC**<br>**10251 Sunrise Lane**<br>**Santa Ana, CA 92705** | **Consulting** | EIN:    **45-5354622**<br><br>From-To    **2008 - Present** |

**EXHIBIT  B**                    **0058**

Debtor 1    Timothy D. Yale                                    Case number *(if known)*    8:16-bk-14775-ES

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | Name of accountant or bookkeeper | Dates business existed |
| **Austin Reserch Holdings, LLC**<br>**10251 Sunrise Lane**<br>**Santa Ana, CA 92705** | **None, never operated** | EIN:    **N/A**<br><br>From-To    **N/A** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ **No**
   ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Timothy D. Yale | |
|---|---|
| **Timothy D. Yale** | **Signature of Debtor 2** |
| **Signature of Debtor 1** | |

Date    **December 21, 2016**                    Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**EXHIBIT  B**                    **0059**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:16-bk-14775-ES** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Equity Funding Group, LP**<br><br>Description of property securing debt: **10251 Sunrise Lane Santa Ana, CA 92705  Orange County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Other** | ☐ No<br><br>■ Yes |
| Creditor's name: **Equity Funding Group, LP**<br><br>Description of property securing debt: **10255 Sunrise Lane Santa Ana, CA 92705  Orange County 2 acre parcel adjacent to residence** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Other** | ■ No<br><br>☐ Yes |
| Creditor's name: **Odeon Singapore Limited**<br><br>Description of property **10251 Sunrise Lane Santa Ana, CA 92705  Orange County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

**EXHIBIT  B    0060**

| Debtor 1 | Timothy D. Yale | Case number *(if known)* | 8:16-bk-14775-ES |
|---|---|---|---|

| securing debt: | **Other** |
|---|---|

| Creditor's name: | **Odeon Singapore Limited** | ☐ Surrender the property. | ■ No |
|---|---|---|---|
| Description of property securing debt: | **10255 Sunrise Lane Santa Ana, CA 92705  Orange County 2 acre parcel adjacent to residence** | ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: **Other** | ☐ Yes |

---

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

---

### Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Timothy D. Yale**                                    X _____

**Timothy D. Yale**                                              Signature of Debtor 2
Signature of Debtor 1

Date    **December 21, 2016**                            Date _____

---

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 2

**EXHIBIT  B**                                          **0061**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Timothy D. Yale**                                                    Case No.   **8:16-bk-14775-ES**
                                         Debtor(s)                             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify):   **Telldc, LLC**

3.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December 21, 2016**                                    **/s/ Andrew S. Bisom**
*Date*                                                   **Andrew S. Bisom**
                                                         *Signature of Attorney*
                                                         **The Bisom Law Group**
                                                         **300 Spectrum Center Drive, Ste. 1170**
                                                         **Irvine, CA 92618**
                                                         **714-643-8900  Fax: 714-640-8901**
                                                         **abisom@bisomlaw.com**
                                                         *Name of law firm*

---

**EXHIBIT  B**                                                                  **0062**

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Timothy D. Yale** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | **8:16-bk-14775-ES** |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation (Official Form 122A-2).*

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* **(Official Form 122A-1Supp)** with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

   　☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   　☑ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 43,000.00 | | |
| Ordinary and necessary operating expenses | -$ | 3,000.00 | | |
| Net monthly income from a business, profession, or farm | $ | 40,000.00 | Copy here -> $ 40,000.00 | $ |

6. **Net income from rental and other real property**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**EXHIBIT B**

**0063**

| | | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|---|

Debtor 1    Timothy D. Yale                                              Case number (if known)    8:16-bk-14775-ES

8. **Unemployment compensation**                                            $         0.00      $
   Do not enter the amount if you contend that the amount received was a benefit under
   the Social Security Act. Instead, list it here:
   For you                                            $         0.00
   For your spouse                                    $
9. **Pension or retirement income.** Do not include any amount received that was a      $         0.00      $
   benefit under the Social Security Act.
10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism. If necessary, list other sources on a separate page and put the
    total below.
    .                                                 $         0.00      $
                                                      $         0.00      $
    Total amounts from separate pages, if any.      + $         0.00      $

11. **Calculate your total current monthly income.** Add lines 2 through 10 for     $   40,000.00   + $           = $   40,000.00
    each column. Then add the total for Column A to the total for Column B.

    **Total current monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 ..................... Copy line 11 here=>     $   40,000.00

    Multiply by 12 (the number of months in a year)                                            **x 12**

    12b. The result is your annual income for this part of the form              12b. $  480,000.00

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.                        **CA**

    Fill in the number of people in your household.             **1**

    Fill in the median family income for your state and size of household.                13. $   51,763.00
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions
    for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3.

    14b.  ■  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
             Go to Part 3 and fill out Form 122A-2.

---

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Timothy D. Yale**

**Timothy D. Yale**
Signature of Debtor 1

Date  **December 21, 2016**
      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

**EXHIBIT  B**

**0064**

Fill in this information to identify your case:

Debtor 1    **Timothy D. Yale**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Central District of California

Case number    **8:16-bk-14775-ES**
(if known)

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

☐ 1. There is no presumption of abuse.

■ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

## Official Form 122A – 2
## Chapter 7 Means Test Calculation

04/16

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

**Part 1:**    Determine Your Adjusted Income

1.  **Copy your total current monthly income.** .................    Copy line 11 from Official Form 122A-1 here=>........    $          **40,000.00**

2.  **Did you fill out Column B in Part 1 of Form 122A-1?**

    ■ No.    Fill in $0 for the total on line 3.

    ☐ Yes.  Is your spouse Filing with you?

        ☐ No.         Go to line 3.

        ☐ Yes.       Fill in $0 for the total on line 3.

3.  **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

    On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

    ■ No.    Fill in 0 for the total on line 3.

    ☐ Yes.  Fill in the information below:

    | State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support other than you or your dependents. | Fill in the amount you are subtracting from your spouse's income |
    |---|---|
    |  | $ |
    |  | $ |
    |  | $ |
    | **Total.** | $          0.00 |

    Copy total here=>... – $          0.00

4.  **Adjust your current monthly income.** Subtract line 3 from line 1.

    $          **40,000.00**

**EXHIBIT  B**

**0065**

| Debtor 1 | **Timothy D. Yale** | Case number (*if known*) | **8:16-bk-14775-ES** |
|---|---|---|---|

| **Part 2:** | **Calculate Your Deductions from Your Income** |
|---|---|

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted fro your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from in income in lines 5 and 6 of form 122A-1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the from refers to *you*, it means both you and your spouse if Column B of Form 122A-1 is filled in.

5.  **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| 1 |
|---|

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.     $ ____ **570.00**

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| 7a. | Out-of-pocket health care allowance per person | $ | **54** | | |
|---|---|---|---|---|---|
| 7b. | Number of people who are under 65 | X | **1** | | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | **54.00** | Copy here=> $ | **54.00** |

**People who are 65 years of age or older**

| 7d. | Out-of-pocket health care allowance per person | $ | **130** | | |
|---|---|---|---|---|---|
| 7e. | Number of people who are 65 or older | X | **0** | | |
| 7f. | **Subtotal.** Multiply line 7d by line 7e. | $ | **0.00** | Copy here=> +$ | **0.00** |

| 7g. | **Total.** Add line 7c and line 7f. | $ | **54.00** | Copy total here=> $ | **54.00** |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**EXHIBIT   B**

**0066**

| Debtor 1 | **Timothy D. Yale** | | Case number (*if known*) | **8:16-bk-14775-ES** |

---

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

■ **Housing and utilities - Insurance and operating expenses**

■ **Housing and utilities - Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. .......................................... $ **454.00**

9. **Housing and utilities - Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.................................... $ **1,912.00**

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment | |
|---|---|---|
| **Odeon Singapore Limited** | $ | **30,000.00** |
| Total average monthly payment | $ **30,000.00** | Copy here=> -$ **30,000.00** Repeat this amount on line 33a. |

9c.  Net mortgage or rent expense.

   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0. ........................ $ **0.00**    Copy here=> $ **0.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.** $ **0.00**

   Explain why:

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

   ☐ 0. Go to line 14.

   ■ 1. Go to line 12.

   ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. $ **266.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**EXHIBIT  B**                                                                                    **0067**

| Debtor 1 | **Timothy D. Yale** | Case number (*if known*) | **8:16-bk-14775-ES** |
|---|---|---|---|

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle.  In addition, you may not claim the expense for more than two vehicles.

| **Vehicle 1** | **Describe Vehicle 1:** |
|---|---|

13a. Ownership or leasing costs using IRS Local Standard.......................................... $ _____ **0.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **-NONE-** | $ |

Total Average Monthly Payment  $ _____ **0.00**   Copy here => -$ _____ **0.00**   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0.

$ _____ **0.00**   Copy net Vehicle 1 expense here => $ _____ **0.00**

| **Vehicle 2** | **Describe Vehicle 2:** |
|---|---|

13d. Ownership or leasing costs using IRS Local Standard................................................... $ _____ **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| | $ |

Total Average Monthly Payment  $ _____   Copy here => -$ _____ **0.00**   Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. if this amount is less than $0, enter $0. ......................

$ _____ **0.00**   Copy net Vehicle 2 expense here => $ _____ **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.   $ _____ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.   $ _____ **0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

**EXHIBIT  B**                    **0068**

Debtor 1    **Timothy D. Yale** _____    Case number (*if known*)    **8:16-bk-14775-ES** _____

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes.    $ **6,500.00**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $ **0.00**

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $ **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $ **500.00**

20. **Education:** The total monthly amount that you pay for education that is either required:
   ■ as a condition for your job, or
   ■ for your physically or mentally challenged dependent child if no public education is available for similar services.    $ **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

Do not include payments for any elementary or secondary school education.    $ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

Payments for health insurance or health savings accounts should be listed only in line 25.    $ **6.00**

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.    +$ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
   Add lines 6 through 23.    $ **8,350.00**

**EXHIBIT  B**    **0069**

Debtor 1    **Timothy D. Yale**                                          Case number *(if known)*    **8:16-bk-14775-ES**

| Additional Expense Deductions | These are additional deductions allowed by the Means Test. |
| --- | --- |
| | *Note*: Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| Health insurance | $ | 810.00 | | |
| --- | --- | --- | --- | --- |
| Disability insurance | $ | 0.00 | | |
| Health savings account | + $ | 0.00 | | |
| Total | $ | 810.00 | Copy total here=> | $ 810.00 |

Do you actually spend this total amount?

☐ No. How much do you actually spend?                    $ _____

■ Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C.§ 529A(b).                                    $ 0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

By law, the court must keep the nature of these expenses confidential.                                    $ 0.00

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.                                    $ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

\* Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.                                    $ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.                                    $ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).                                    +$ 0.00

32. **Add all of the additional expense deductions.**
    Add lines 25 through 31.                                    $ 810.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT B**

**0070**

Debtor 1    **Timothy D. Yale**    Case number *(if known)*    **8:16-bk-14775-ES**

| | | |
|---|---|---|
| **Deductions for Debt Payment** | | |

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  |  | **Average monthly payment** |
|---|---|---|
| **Mortgages on your home:** | | |
| 33a. Copy line 9b here | => | $ 30,000.00 |
| **Loans on your first two vehicles:** | | |
| 33b. Copy line 13b here | => | $ 0.00 |
| 33c. Copy line 13e here | => | $ 0.00 |

33d.   List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| **-NONE-** | | ☐ No<br>☐ Yes | $ |
| | | ☐ No<br>☐ Yes | $ |
| | | ☐ No<br>☐ Yes | +$ |

33e.   Total average monthly payment. Add lines 33a through 33d    $ **30,000.00**    Copy total here=>  $ **30,000.00**

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

   ■ No.   Go to line 35.
   ☐ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| **-NONE-** | | $ ÷ 60 = $ | |
| | Total | $ 0.00 | Copy total here=>  $ 0.00 |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

   ■ No.   Go to line 36.
   ☐ Yes.  Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

   Total amount of all past-due priority claims    $ 0.00   ÷ 60 = $ 0.00

**EXHIBIT  B**

**0071**

Debtor 1    **Timothy D. Yale**                                    Case number *(if known)*    **8:16-bk-14775-ES**

---

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
    For more information, go online using the link for *Bankruptcy Basics* specified in the separate
    instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

    ■ No.    Go to line 37.
    ☐ Yes.  Fill in the following information.

    Projected monthly plan payment if you were filing under Chapter 13    $ _____

    Current multiplier for your district as stated on the list issued by the
    Administrative Office of the United States Courts (for districts in Alabama
    and North Carolina) or by the Executive Office for United States Trustees
    (for all other districts).    X _____

    To find a list of district multipliers that includes your district, go online using
    the link specified in the separate instructions for this form. This list may also
    be available at the bankruptcy clerk's office.

    Average monthly administrative expense if you were filing under Chapter 13    $ _____    Copy total
                                                                                                    here=>  $ _____

37. **Add all of the deductions for debt payment.**                                                 $    **30,000.00**
    Add lines 33e through 36.

---

## Total Deductions from Income

38. **Add all of the allowed deductions.**

    Copy line 24, *All of the expenses allowed under IRS*
    *expense allowances*                                                $    **8,350.00**

    Copy line 32, *All of the additional expense deductions*            $      **810.00**

    Copy line 37, *All of the deductions for debt payment*            +$   **30,000.00**

    Total deductions    $   **39,160.00**    Copy total here..........=>    $   **39,160.00**

---

**Determine Whether There is a Presumption of Abuse**

39. **Calculate monthly disposable income for 60 months**

    39a. Copy line 4, *adjusted current monthly income*    $    **40,000.00**

    39b. Copy line 38, *Total deductions*                - $    **39,160.00**

    39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).
         Subtract line 39b from line 39a    $    **840.00**    Copy
                                                              here=>$    **840.00**

    For the next 60 months (5 years)    x 60

    39d. **Total.** Multiply line 39c by 60    39d.    $    **50,400.00**    Copy
                                                                            here=>    $    **50,400.00**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

    ☐ **The line 39d is less than $7,700\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

    ■ **The line 39d is more than $12,850\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out
    Part 4 if you claim special circumstances. Go to Part 5.

    ☐ **The line 39d is at least $7,700\*, but not more than $12,850\*.** Go to line 41.

    *Subject to adjustment on 4/01/19, and every 3 years after that for cases filed on or after the date of adjustment.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

### EXHIBIT  B                                                                    0072

Debtor 1    **Timothy D. Yale** _____    Case number (*if known*)    **8:16-bk-14775-ES**

---

41.    41a.    **Fill in the amount of your total nonpriority unsecured debt.** If you filled out
*A Summary of Your Assets and Liabilities and Certain Statistical Information
Schedules* (Official Form 106Sum), you may refer to line 3b on that form.    $ _____

x    .25

41b.    **25% or your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I)    $ _____    Copy    $ _____
here=>

Multiply line 41a by 0.25.................................................................................

42.    **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay
25% of your unsecured, nonpriority debt.**
Check the box that applies:

☐    **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.*
Go to Part 5.

☐    **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a
presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

| Part 4: | Give Details About Special Circumstances |
|---|---|

43.    **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no
reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☒    No. Go to Part 5.

☐    Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment  for each
item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments
necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income
adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

| Part 5: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X    **/s/ Timothy D. Yale** _____
**Timothy D. Yale**
Signature of Debtor 1

Date    **December 21, 2016** _____
MM / DD  / YYYY

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**EXHIBIT  B**

**0073**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Andrew S. Bisom**
**300 Spectrum Center Drive, Ste. 1170**
**Irvine, CA 92618**
**714-643-8900 Fax: 714-640-8901**
California State Bar Number: **137071**
abisom@bisomlaw.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Timothy D. Yale**

CASE NO.: **8:16-bk-14775-ES**

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **December 21, 2016** _____

**/s/ Timothy D. Yale** _____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **December 21, 2016** _____

**/s/ Andrew S. Bisom** _____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    F 1007-1.MAILING.LIST.VERIFICATION

EXHIBIT  B                                          0074

B201 - Notice of Available Chapters (Rev. 06/14)

USBC, Central District of California

| | |
|---|---|
| Name: | **Andrew S. Bisom** |
| Address: | **300 Spectrum Center Drive, Ste. 1170** |
| | **Irvine, CA 92618** |
| Telephone: | **714-643-8900**    Fax:    **714-640-8901** |

■ Attorney for Debtor
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Timothy D. Yale** | Case No.: **8:16-bk-14775-ES**<br><br># NOTICE OF AVAILABLE CHAPTERS<br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |
|---|---|

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

   ### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

   1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
   2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
   3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.    Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

1.    Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.    After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.    **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Timothy D. Yale | X | /s/ Timothy D. Yale | December 21, 2016 |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known)   8:16-bk-14775-ES | X | | |
| | | Signature of Joint Debtor (if any) | Date |

**EXHIBIT  B**                    **0076**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andrew S. Bisom**<br>**300 Spectrum Center Drive, Ste. 1170**<br>**Irvine, CA 92618**<br>**714-643-8900 Fax:  714-640-8901**<br>**137071**<br>**abisom@bisomlaw.com** | |

☐ *Individual appearing without attorney*
☐ *Attorney for Movant*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Timothy D. Yale** | CASE NO.: **8:16-bk-14776-ES**<br>CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF<br>THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☐ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  **December 21, 2016**          **Timothy D. Yale**          /S/ Timothy D. Yale

                            Printed name of Debtor 1          Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**EXHIBIT  B**          **0077**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

> **During the 60-day period before the Petition Date** (Check only ONE box below):

> ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

> ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                    Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                              F 1002-1.EMP.INCOME.DEC

**EXHIBIT  B**

0078

| Attorney or Party Name, Address, Telephone & FAX<br>Nos., State Bar No. & Email Address<br>**Andrew S. Bisom**<br>**300 Spectrum Center Drive, Ste. 1170**<br>**Irvine, CA 92618**<br>**714-643-8900**<br>**137071**<br>**714-640-8901**<br>**abisom@bisomlaw.com** | FOR COURT USE ONLY |
|---|---|

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Timothy D. Yale**<br><br><br>Debtor(s). | Case No.: **8:16-bk-14775-ES**<br>CHAPTER: 7<br><br>**DEBTOR'S ATTORNEY'S<br>DISCLOSURE OF COMPENSATION<br>ARRANGEMENT IN INDIVIDUAL<br>CHAPTER 7 CASE**<br>[LBR 2090-1(a)(3)] |
|---|---|

1.  **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

    a.  I am the attorney for the Debtor.

    b.  Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

        i.  For legal services, I have agreed to accept ☐ an hourly rate of $____ or a ■ flat fee of $__**10,000.00**__

        ii.  Prior to filing this disclosure I have received $__**10,000.00**__

        iii.  The balance due is $**0.00**

2.  **Source of Compensation Paid Postpetition (Postpetition Compensation).**

    a. **Already Paid.** The source(s) of the Postpetition Compensation paid to me was:

        ☐   Debtor    ■   Other (specify):   **Telldc, LLC**

    b. **To be Paid.** The source(s) of the Postpetition Compensation to be paid to me is:

        ■   Debtor    ☐   Other (specify):

3.  **Sharing of Compensation Paid Postpetition.**

    ■   I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

    ☐   I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

4.  **Limited Scope of Services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT  B

**0079**

paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

    a.    **Services required to be provided:**
        i.   Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;
        ii.   Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and
        iii.   Representation of the Debtor at the initial § 341(a) meeting of creditors.
    b.    ☐ **Additional legal services I will provide:**
        i.   ☐ Any proceeding related to relief from stay motions.
        ii.   ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.
        iii.   ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.
        iv.   ☐ Reaffirmation of a debt.
        v.   ☐ Any lien avoidance under 11 U.S.C. § 522(f)
        vi.   ☐ Other (*specify*):
5.    If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

    I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

*Date:*   **December 21, 2016**         **/s/ Andrew S. Bisom**
                                    *Signature of attorney for the Debtor*
                                    **Andrew S. Bisom**
                                    *Printed name of attorney*
                                    **The Bisom Law Group**
                                    *Printed name of law firm*

---

### DECLARATION OF THE DEBTOR

    I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

    *Date:*   **December 21, 2016**           *Date:* _____

**/s/ Timothy D. Yale**
*Signature of Debtor 1*                            *Signature of Debtor 2 (Joint Debtor) (if applicable)*
**Timothy D. Yale**
*Printed name of Debtor 1*                            *Printed name of Debtor 2*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 2                              **F 2090-1.CH7.ATTY.COMP.DISCLSR**

# EXHIBIT  B            **0080**

Exhibit C

**Exhibit "C"**

ANDREW S. BISOM (SBN 137071)
THE BISOM LAW GROUP
300 Spectrum Center Drive, Ste. 1170
Irvine, CA 92618
Telephone: (714) 643-8900
Facsimile: (714) 643-8901
abisom@bisomlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

|  |  |
|---|---|
| **In re:** | Case No. 8:16-bk-14775-ES |
| **TIMOTHY D. YALE,** | Chapter 11 |
| **Debtor.** | **STATUS CONFERENCE REPORT**<br><br>Date:   March 9, 2017<br>Time:  10:30 a.m.<br>Ctrm:  5A |

Timothy D. Yale ("Debtor") submits his Status Conference Report covering the period January 19, 2017 through February 23, 2017 as follows:

1. On November 11, 2016, Debtor filed a voluntary petition for relief pursuant to Chapter 7 of Title 11 of the United States Code. The case was converted to Chapter 7 by order entered on January 19, 2017. Debtor is in charge of his affairs as the Debtor-in-Possession.

2. This bankruptcy case arose as the result of a pending foreclosure sale on his residence located at 10251 Sunrise Lane, Santa Ana, CA 92705 and an adjacent property located at 10255

**EXHIBIT C**                    **0081**
STATUS CONFERENCE REPORT

Sunrise Lane.

3.  Debtor is negotiating with a private lender to either refinance the property or have the lender purchase the note of Odeon Singapore Ltd.

4.  Debtor has retained Andrew S. Bisom and the Bisom Law Group ("the Firm") to represent him in hisr Chapter 11 case. Mr. Bisom has over 28 years of experience representing debtors, creditors, trustees and other parties in interest in Chapter 7, Chapter 11 and Chapter 13 cases, and bankruptcy litigation. The Firm's employment application will be filed shortly.

5. Other professionals Debtor expects to employ include an accountant to assist him with his income tax returns.

6.  Debtor is in the process of becoming in full compliance with all of his duties under 11 U.S.C. §§521, 1106 and 1107 and the U. S. Trustee Guidelines. The only remaining issue is submitting the last two years state and federal income tax returns for his wholly owned LLC and his personal tax returns. Debtor's accountant is in the process of preparing the returns and they should be completed shortly.

7.  Debtor does not anticipate litigation in this case at this time, including avoidance actions.

8.  Debtor is still determining his reorganization strategy, however he anticipates that creditors will be paid an as yet unknown percentage of their allowed claims from future disposable income. Debtor believes that he should be able to file his Chapter 11 plan and disclosure statement prior to the end of the exclusivity period.

9.  Debtor proposes that the Court set June 1, 2017 as the claims bar date.

2

EXHIBIT C    RENCE REPORT    0082

1

DATED: February 23, 2017                    THE BISOM LAW GROUP

2

3

4

5

6

7    By: _____
          ANDREW S. BISOM
8          Attorney for Debtor

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

EXHIBIT C ERENCE REPORT          **0083**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 Spectrum Center Drive, Ste. 1170. Irvine, CA. 92618. A true and correct copy of the foregoing document entitled
(*specify*): Status Conference  Report
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
February 23, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below

- **Andrew S Bisom**    abisom@bisomlaw.com
- **Lynn Brown**    notices@becket-lee.com
- **Christopher Cramer**    secured@becket-lee.com
- **Hal D Goldflam**    hgoldflam@frandzel.com, dwise@frandzel.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Robert S Lampl**    advocate45@aol.com, rlisarobinsonr@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Joseph A Weber**    firmanweber@yahoo.com, centralservice.firmanweber@gmail.com
- **Craig A Welin**    cwelin@frandzel.com, bwilson@frandzel.com

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 23, 3017, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 23, 2017, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth St., Ste. 5041
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 23, 2017 | Andrew Bisom | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              **EXHIBIT C**     F 9013-3.1.PROOF.SERVICE

Exhibit D

# Exhibit "D"

Attorney or Party Name, Address, Telephone and FAX

Andrew S. Bisom; SBN 137071
THE BISOM LAW GROUP
300 Spectrum Center Way, Ste. 1170
Irvine, CA 92618
Tel: 714-643-8900

☐ Pro Se Debtor

| OFFICE OF THE UNITED STATES TRUSTEE LOS ANGELES DIVISION | SUBMIT TO UNITED STATES TRUSTEE – DO NOT FILE WITH COURT |
|---|---|
| In Re:<br><br>TIMOTHY D. YALE<br><br>Debtor-In-Possession. | Case Number: 8:16-bk-14775-ES<br><br>REAL PROPERTY QUESTIONNAIRE FOR PRINCIPAL RESIDENCE |

THIS QUESTIONAIRE IS TO BE FILLED OUT BY DEBTOR(S) FOR THEIR PRINCIPAL RESIDENCE ONLY. USTLA-5 MUST BE USED FOR ALL OTHER OWNED OR LEASED REAL PROPERTY. THE QUESTIONAIRE IS DUE WITHIN 7 DAYS FROM THE FILING OF A BANKRUPTY PETITON. IF ADDITIONAL TIME IS NEEDED, DEBTORS AND THEIR ATTORNEYS SHOULD CONTACT THE U.S. TRUSTEE TRIAL ATTORNEY ASSIGNED TO THEIR CASE TO REQUEST A REASONABLE EXTENSION OF TIME FOR GOOD CAUSE SHOWN.

| SECTION ONE: PROPERTY OWNED OR BEING PURCHASED BY DEBTOR |
|---|
| A.    Address of property including county and state in which it is located:<br><br>10251 Sunrise Lane, Santa Ana, CA 92705 |
| B.    Percentage interest in the property owned by the Debtor: 100 |
| C.    Date of Debtor's Acquisition of the Property: 1991<br>Purchase Price: $2,100,000 |
| D.    Present Fair Market Value: $6,000,000 |
| E.    State source and basis of the above fair market value:<br><br>Debtor's knowledge of property values in the area |
| F.    State the name of the titleholder of record as of the date of filing the Petition:<br>Timothy D. Yale |

| In Re: Timothy D. Yale | Case No.: |
|---|---|
| Debtor. | 8:16-bk-14775-ES |

| SECTION TWO: FINANCIAL STATUS OF OWNED PROPERTY | | | |
|---|---|---|---|

A.    List encumbrances of record against the property (e.g. mortgages, judgments):

| Creditor Name | Current Principal Balance | Installment Amount | Frequency (Mo/Qtr/Yr) |
|---|---|---|---|
| 1st: Odeon Singapore | $5,713,000 | $30,000 | Monthly |
| 2nd: Julie Yale | $50,000 | N/A | N/A |
| 3rd: Equity Funding Gr | $35,000 | N/A | N/A |
| 4th: O.C. Tax Collector | $43,985 | N/A | N/A |

| Maturity Date | Date of Last Payment | Number of Delinquent Installments |
|---|---|---|
| 1st: 11/2017 | 12/2016 | 8 |
| 2nd: 2009 | N/A | N/A |
| 3rd: N/A | N/A | N/A |
| 4th: N/A | N/A | N/A |

| SECTION THREE: INSURANCE | | |
|---|---|---|

A.    State the following as to each policy of insurance (attach a copy of the declaration page of each current policy):

| Type of Insurance | Policy Number | Expiration Date |
|---|---|---|
| Homeowners | Farmers | 1/31/2018 |
| | | |

I declare under penalty of perjury that the answers contained in the foregoing Real Property Questionnaire are true and correct to the best of my knowledge, information and belief.

Dated:

Timothy Yale
_____
Print Name of Debtor

_____
Signature of Debtor

**EXHIBIT D**                        **0086**

Exhibit E

# Exhibit "E"

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Timothy D. Yale<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 8:16-14775-ES<br>Operating Report Number: 2<br>For the Month Ending: Feb 28, 2017 |
| --- | --- |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          3,500 —

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          4,122.41
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          7,217.59 0.00

4.  RECEIPTS DURING CURRENT PERIOD:          20,700.00

5.  BALANCE:          27,919.59 0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          12,272.07 0.00

7.  ENDING BALANCE:          15,647.52 0.00

8.  General Account Number(s):          Hanmi Bank ▬▬▬ 9546

    Depository Name & Location:          Hanmi Bank
    3660 Wilshire Blvd, Ste PH-A
    Los Angeles, CA 90010

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

Note: The D.I.P. checks did not arrive until March 5th 2017 so cash was utilized for payments. Additionally there is no debit card issued for the D.I.P. account.

Page 1 of 8

**EXHIBIT E**          **0087**

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 02/01/17 | Cash | Chevron | gas | 63.00 |
| 02/01/17 | Hotract | Alaska Air | Bag Change | 25.00 |
| 04/06/17 | Hotract | goocha | Hosting Website | 90.00 |
| 04/07/17 | Cash | Attorney | legal fees | 3500 — |
| 02/08/17 | Cash | Home Depot | Repairs @ property | 311.60 |
| 02/10/17 | Hotract | Cox Communicator | Internet & telephone | 378.67 |
| 02/13/07 | Hotract | Home Depot | Storm Prep | 179.60 |
| 02/13/17 | Hotract | Chevron | gas | 40.00 |
| 02/15/17 | Cash | So Cal Edison | Electric Bill | 2350.00 |
| 02/17/17 | Cash | Farmers Ins. | House owners policy | 375.28 |
| 02/18/17 | Cash | Costco | food | 206.40 |
| 02/20/17 | Cash | Golden State | Water Bill | 540.88 |
| 02/22/17 | Cash | Bang i Bang | County Taxes | 3500 — |
| 02/23/17 | Cash | Chevron | Fuel | 55.00 |
| 02/25/17 | Hotract | Oscar | Health Insurance | 656.64 |
|  |  |  |  |  |
|  |  |  | **TOTAL DISBURSEMENTS THIS PERIOD:** | 12,272.00 |

**EXHIBIT E**

**0088**

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: 02|28|17   Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| N/A | None in process @ |
| | End of month |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  | -0- |
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## EXHIBIT E                                              0089

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Ocwen | Mo | $30,000 | 1 | $30,000 — |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | N/A | | | |
| Worker's Compensation | N/A | | | |
| Casualty | | | | |
| Vehicle | Progressive | $500 | June 17 | June 17 |
| Others: | OGCM | Bronze plan | Dec. 17 | Jan 17 |
| Home | Farmers | $1,000,000 | Jan 17 | Jan 17 |

**EXHIBIT E**                                                           **0090**

I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General Account: | *on Report* |
| Payroll Account: | *Pg 4* |
| Tax Account: | |

*Other Accounts:    *CASH*

*Other Monies:

**Petty Cash (from below):    `0.00`

**TOTAL CASH AVAILABLE:**    `0.00`

**Petty Cash Transactions:**

| Date | Purpose | Amount |
|---|---|---|
| 2/03/07 | 9/15 for Son Harica | 25 00 |
| 2/10/17 | Lunch for client | 68 00 |
| 2/10/17 | Hair Cut | 25 00 |
| 2/18/17 | Ace Hardware WD 40 & screws and mics parts | 16.34 |
| 2/22/17 | Albu sons, Cleaning Supplys | 36.37 |
| 2/30/17 | Cell phone Case | 14.68 |

**TOTAL PETTY CASH TRANSACTIONS:**    `185.31  0.00`

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

**EXHIBIT E**                    **0091**

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

**EXHIBIT E**                                    **0092**

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

EXHIBIT E                                                    0093

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:

     No ✗    Yes ___

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

     No ✗    Yes ___

3.
    State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

     No ✗    Yes ___

I, [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_March 14, 2017_
Date

Page 8 of 8

_____
Principal for debtor-in-possession

**EXHIBIT E**                                    **0094**

Exhibit F

# Exhibit "F"

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Timothy D. Yale<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 8:16-14775-ES<br>Operating Report Number: 3<br>For the Month Ending: March 31, 2017 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$23,200—**

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$16,398.48**

3. BEGINNING BALANCE: — **15,647.52** 0.00

4. RECEIPTS DURING CURRENT PERIOD: — **26,000—**

5. BALANCE: — **41,647.52** 0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — **24903.15** 0.00

7. ENDING BALANCE: — **16,744.37** 0.00

8. General Account Number(s): Hanmi Bank - ~~░░░~~9546

   Depository Name & Location: 3660 Wilshire blvd, PH-A
   Los Angeles, CA 90010

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

Hanmi Bank will not issue a debit card for a D.I.P. account. It is impossible to perform my consulting w/o the means to utilize a debit or credit card. I will be changing bank account to a firm that allows me to perform my work.

**EXHIBIT F**                                                    **0095**

**TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/2/17 | cash | So Cal Gas | Gas - House | 540.97 |
| 3/2/17 | cash | So Cal Edison | Electric Bill | 2347.74 |
| 3/3/17 | cash | Golden St. Water | Water bill | 540.88 |
| 3/3/17 | E.P. | Oscar Health | Health Insurance | 656.64 |
| 3/3/17 | cash | Farmers Ins | Home owners Insurance | 252.03 |
| 3/4/17 | cash | Laborers (5) | Yard Construction | 700.00 |
| 3/4/17 | cash | Albertsons | Food for Labor | 22.45 |
| 3/5/17 | cash | Laborers (5) | Yard Construction | 700.00 |
| 3/5/17 | cash | EL METATE | Food & Drinks for workers | 54.19 |
| 3/6/17 | cash | County of Orange | Electrical Permit | 335.75 |
| 3/8/17 | cash | Smitingo Chevron | gas for Car | 64.00 |
| 3/11/17 | cash | Laborers (5) | Cut weeds & Trees | 700.00 |
| 3/11/17 | cash | EL Pollo Loco | food for Labor | 53.21 |
| 3/11/17 | cash | Balboa Bay Club | Business Lunch | 34.48 |
| 3/12/17 | cash | Laborers (3) | Weed & haul debris techim | 420.00 |
| 3/13/17 | cash | Cox Communication | Internet / TV / Phone | 361.89 |
| 3/13/17 | cash | Laborers (3) | Weed & Trash Hauling | 420.00 |
| 3/16/17 | cash | Ritz Carlton L.N. | Lunch w/client for consulting | 70.00 |
| 3/17/17 | cash | Priceline | Air fair / San Jose | 960.00 |
| 3/17/17 | cash | Long Beach Airport | Parking | 24.00 |
| 3/18/17 | cash | Home Depot | pipe / electrical / misc | 308.64 |
| 3/18/17 | cash | Laborers (5) | install sleeves & irrigation | 700.00 |
| 3/19/17 | cash | Laborers (4) | grade back yard / irrigation | 560.00 |
| 3/20/17 | cash | Lyft | Transport in San Jose | 158.91 |
| 3/20/17 | cash | Home Depot | Tarps & plastic for Rm | 12.87 |
| 3/25/17 | cash | Laborers (5) | stub electric, low voltage | 700.00 |
| 3/25/17 | cash | Albertsons | food & drinks for labor | 22.21 |
| 3/25/17 | cash | Home Depot | pipe fittings & misc parts | 29.25 |
| 3/26/17 | cash | Laborers | Trash Hauling clean weeds | 560.00 |
| 3/26/17 | cash | Albertsons | Lunch & drinks for labor | 34.19 |
| 3/28/17 | cash | Albertsons | Groceries to eat | 50.02 |
| 3/31/17 | cash | plumber | Repairs to garage drain & toilets | 1,100.00 |
| 3/31/17 | cash | Smitingo Hills | gas for Car | 71.00 |
| 3/31/17 | cash | Precision pre-cast | Wall and plumber caps | 2,350.00 |
| 3/31/17 | cash | Pavilion's | Food for Laborers | 62.26 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL DISBURSEMENTS THIS PERIOD: 15,977.52

**EXHIBIT F**

0096

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____N/A_____     Balance on Statement: _____

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | N/A | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| Reserved - | Media buy Budget | < 8,500 -> |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                       | <8,500°°> 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                             | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

Page 3 of 8

**EXHIBIT F**                                    **0097**

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| 6 Deon | Mo | 30,000 | 3 | 60,000 — |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 60,000  0.00 |

## V.  INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers Insvon | 900 K | mo/mo | May 1, 17 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle | Progressive | full Coverage | mo/mo | May 1, 17 |
| Others: |  |  |  |  |

**EXHIBIT F**                                                          **0098**

I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

General Account: 16,744.37
Payroll Account: n/a
Tax Account: n/a

*Other Accounts: _____    _____
_____    _____
_____    _____

*Other Monies: _____

**Petty Cash (from below): 425,570.00 ✱

TOTAL CASH AVAILABLE:   ✱ Added in as Expense   16,744.370.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| 3/12/17 | Del Taco - family food | 19.37 |
| 3/12/17 | Albertsons | 33.77 |
| 3/12/17 | Ritz Carlton LN - Parking | 15.00 |
| 3/15/17 | El Metate - food | 46.47 |
| 3/19/17 | Harber Freight - Tool | 8.60 |
| 3/19/17 | Valentino's Pizza | 26.49 |
| 3/21/17 | Albertsons (food) | 186.24 |
| 3/21/17 | Paradie Ranch (Food) | 5.90 |
| 3/23/17 | ACBidden (Food) | 47.09 |
| 3/25/17 | Albertsons (Food) | 36.64 |

TOTAL PETTY CASH TRANSACTIONS:   425,570.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

**EXHIBIT F**

0099

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| N/A | N6 | Statemad | yes | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

**EXHIBIT F**

**0100**

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

**EXHIBIT F**                    **0101**

## XI. QUESTIONNAIRE

|   | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

_____

|   | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

_____

3.
State what progress was made during the reporting period toward filing a plan of reorganization

*Site improvements Negotiations finalized for site rental and Consulting clients returning. Also Employment opportunity as*

4. Describe potential future developments which may have a significant impact on the case: *Biz Dev for Tech Firm*

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

_____

I, [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4/17/17
_____
Date

_____
Principal for debtor-in-possession

Page 8 of 8

**EXHIBIT F**

**0102**

# Hanmi Bank

3660 Wilshire Blvd Ste PH-A
Los Angeles, CA 90010

**Statement Ending 03/20/2017**

TIMOTHY DAVID YALE                                    Page 1 of 4
Customer Number: XXXXXXX9546

RETURN SERVICE REQUESTED

>007032 2037051 0001 092643 10Z

TIMOTHY DAVID YALE
DEBTOR IN POSSESSION
CASE NO. 8:16-BK-14775-ES
10251 SUNRISE LN
SANTA ANA CA 92705-6411

## Managing Your Accounts

| | | |
|---|---|---|
| Branch Name | Irvine | |
| Mailing Address | 14474 Culver Drive, Ste D Irvine, CA 92604 | |
| Call Center (9AM-6PM, M-F) | (855) 773-8778 | |
| Online Banking | www.Hanmi.com | |
| Mobile Banking | Apple Store/Google Play | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Regular Checking-Per | XXXXXXXX9546 | $205.59 |

Want a faster way to receive your monthly statement? Switch to e-statement today. It is a more secure, faster and convenient way to view your statement. Visit www.hanmi.com/estatement for more details.

## Regular Checking-Per - XXXXXXXX9546

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/18/2017 | Beginning Balance | $537.78 | Average Ledger Balance | $260.50 |
| | 1 Credit(s) This Period | $500.00 | | |
| | 5 Debit(s) This Period | $832.19 | | |
| 03/20/2017 | Ending Balance | $205.59 | | |
| | Service Charges | $7.75 | | |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/10/2017 | DEPOSIT | $500.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 02/23/2017 | UNITED FIN CAS INS PREM POL 911964662 | $154.44 |
| 03/07/2017 | DELUXE CHECK CHECK/ACC. | $20.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/21/2017 | CHECK | $250.00 |
| 03/20/2017 | SERVICE CHARGE | $7.75 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 102 | 03/14/2017 | $400.00 |

* Indicates skipped check number




FDIC

**EXHIBIT F**                                    **0103**

TIMOTHY DAVID YALE              XXXXXXXX9546          Statement Ending 03/20/2017                Page 2 of 4

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Date or # | Amount | Date or # | Amount | Date or # | Amount | | |
| | | | | | | ENTER _BALANCE STATEMENT_ | |
| | | | | | | ADD _RECENT DEPOSITS NOT CREDITED ON THIS STATEMENT_ | |
| | | | | | | SUBTOTAL | |
| | | | | | | SUBTRACT _TOTAL CHECKS OUTSTANDING_ | |
| Total Checks Outstanding | | | | | | | |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:

Interest -ADD    Overdraft -Deduct    Automatic Payment -Deduct    Service Charge -Deduct

If your checkbook and statement do not balance, have you:
- Accounted for bank charges?
- Computed cancelled checks to check stubs?
- Verified ATM withdrawals and fees?
- Verified additions and subtractions?
- Computed deposit amount on statement to your checkbook?
- Verified debit card purchases?

**BALANCE**  $

Please report any errors or omissions within 30 days. Otherwise the statement will be considered correct and checks genuine. All deposits and credits are subject final payment.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

Telephone or write us at the number or address shown on the front of this statement as soon as you can if you think your statement is wrong or if you need more information about a transfer listed on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. If you have a question concerning your statement, please be prepared to:
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 days (5 business days if involving a VISA transaction, 20 business days if involving a new account) after we hear from you and will correct any error promptly.

If we need more time, however, we may take up to 45 days (90 days involving a new account, point-of-sale, or foreign-initiated transaction) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days if involving a VISA transaction, 20 business days involving a new account) for the amount you think is in error, so that you will have the use of the money during the time that it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

INFORMATION ABOUT OUR FUNDS AVAILABILITY POLICY

A hold for uncollected funds may be placed on funds deposited by check or similar instruments. This could delay your ability to withdraw such funds. The delay, if any, would not exceed the period of time permitted by law. For a complete copy of our Funds Availability Policy, please contact your branch or write us at: Hanmi Bank, 3660 Wilshire Blvd., Penthouse Suite A, Los Angeles, CA 90010.

DPS-100 / DPS-101                                                        Rev. 07/2014

# Hanmi Bank

3660 Wilshire Blvd Ste PH-A
Los Angeles, CA 90010

**Statement Ending 03/20/2017**

TIMOTHY DAVID YALE                    Page 3 of 4
Customer Number: XXXXXXXX9546

## Regular Checking-Per - XXXXXXXX9546 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02/21/2017 | $287.78 | 03/07/2017 | $113.34 | 03/14/2017 | $213.34 |
| 02/23/2017 | $133.34 | 03/10/2017 | $613.34 | 03/20/2017 | $205.59 |

### Service Charge Summary

| Description | Amount |
|-------------|--------|
| TOTAL CHARGE FOR MAINTENANCE: | $7.00 |
| TOTAL CHARGE FOR CHECK: | $0.25 |
| TOTAL CHARGE FOR DEBIT: | $0.50 |
| Total Service Charge | $7.75 |

**EXHIBIT F**                    **0105**



#102              03/14/17          $400.00



#102              03/14/17          $400.00



#0               02/21/17          $250.00



#0               02/21/17          $250.00

**EXHIBIT F**                                          **0106**

028449 100 5738 0000000 0000000 039919 0739020 027

Exhibit G

**Exhibit "G"**

Timothy D. Yale    90-DAY INCOME FORCAST
Case No. 8:16-bk-14775-ES

| Month | Consulting Income | Property Rental Income |
|---|---|---|
| February | $45,000.00 | |
| March | $57,500.00 | $30,000.00 |
| April | $57,500.00 | $45,000.00 |

**EXHIBIT  G**                    **0107**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); AND, REQUEST FOR JUDGMENT FOR QUARTERLY FEES DUE AND PAYABLE TO THE U.S. TRUSTEE AT THE TIME OF THE HEARING; DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 21, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew S Bisom    abisom@bisomlaw.com
- Lynn Brown    notices@becket-lee.com
- Christopher Cramer    secured@becket-lee.com
- Hal D Goldflam    hgoldflam@frandzel.com, bwilson@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- Randall P Mroczynski    randym@cookseylaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- Joseph A Weber    firmanweber@yahoo.com, centralservice.firmanweber@gmail.com
- Craig A Welin    cwelin@frandzel.com, bwilson@frandzel.com

**2. SERVED BY UNITED STATES MAIL**: On **April 21, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

      **Timothy D. Yale**
      10251 Sunrise Lane
      Santa Ana, CA 92705

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 21, 2017,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Erithe Smith--bin on the 5th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/21/17 | Daniel Sheehan | /s/ Daniel Sheehan |
|---------|----------------|--------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1   PETER C. ANDERSON
    United States Trustee
2   Michael Hauser (Bar No. 140165)
    Attorney for the U.S. Trustee
3   Ronald Reagan Federal Building &
          United States Courthouse
4   411 West Fourth Street, Suite 9041
    Santa Ana, CA  92701-8000
5   Telephone: (714) 338-3400
    Facsimile: (714) 338-3421
6   Email:  Michael.hauser@usdoj.gov

7

8             UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

                  SANTA ANA DIVISION
10

11  In re:                       Case No. 8:16-bk-14775-ES

12  TIMOTHY D. YALE,        Chapter 7

13     Debtor.

14                      NOTICE OF HEARING

15

16

17  TO THE CREDITORS AND OTHER INTERESTED PARTIES:

18       NOTICE IS HERBY GIVEN that a hearing in this case will be held in Courtroom **"5A"**,

19  United States Bankruptcy Court, 411 West Fourth Street, Ronald Reagan Federal Building & United
    States Courthouse, Santa Ana, California 92701, on **June 1, 2017, at 10:30 a.m.,** to consider and act upon
20  the following:

21  **NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR**
    **CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); AND,**
22  **REQUEST FOR JUDGMENT FOR QUARTERLY FEES DUE AND PAYABLE TO THE U.S.**
    **TRUSTEE AT THE TIME OF THE HEARING; DECLARATION OF MARILYN SORENSEN IN**
23  **SUPPORT THEREOF**

24       Objections, if any, to the above shall be in writing and filed with the Court and served upon the

25  court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the
    hearing date.  See Local Bankruptcy Rule 9013-1(f)&(h)
26

27  DATED:                      KATHLEEN J. CAMPBELL

28                              Clerk of Court