UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Timothy D. Yale<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number: 8:16-14775-ES<br>Operating Report Number: 4<br>For the Month Ending: April 30, 17 |
|---|---|

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          $49,200 —

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          41,301.63

3. BEGINNING BALANCE:          16,744,370.00

4. RECEIPTS DURING CURRENT PERIOD:          32,500 —

5. BALANCE:          49,2443.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          26,494.00

7. ENDING BALANCE:          17,994,140.00

8. General Account Number(s):          Hanmi Bank - ▓▓▓ 9546

   Depository Name & Location:          3660 Wilshire blvd PH-A
   Los Angeles, CA 90010

\*  All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/1/17 | | HD Supp - Electrical | PVC Conduit | 10.08 |
| 4/1/17 | | El Metate Market | Lunch for Labors | 43.48 |
| 4/2/17 | | Lowes | plant materials | 18.35 |
| 4/3/17 | | Labores 8x120 | Labor for yard prep | 960 — |
| 4/4/17 | | The Ranch | Lunch with Client | 77 — |
| 4/4/17 | | Home Depot | Construction Material | 136.81 |
| 4/5/17 | | Oak Grill | Client Lunch | 164.00 |
| 4/5/17 | | USA Gas | Fuel for Car | 60 — |
| 4/6/17 | 103 | Brown Law Group | legal for chapter 11 | 3870 — |
| 4/6/17 | | Long Beach Airport | Parking Fee | 24 |
| 4/7/17 | | Pacific Supply | Water proofing | 210.88 |
| 4/8/17 | | Santiago Hills Auto | Gas for Car | 44.71 |
| 4/8/17 | | Labores | Restore yard | 1880 — |
| 4/8/17 | | Home Depot | Grout / cement | 85.47 |
| 4/9/17 | | Labores | Dry Lines & install pipe | 1880 — |
| 4/10/17 | | Santiago Hills Auto | Fuel for Car | 40 — |
| 4/10/17 | | Dr. Bimini | Catering for client tour | 74 — |
| 4/10/17 | | Orco Ready Precast | Well cap for Yard | 435.32 |
| 4/13/17 | | Thompsons Building | grout for walls | 22.07 |
| 4/13/17 | | Thompson building | concrete adhesive | 7.55 |
| 4/15/17 | | Labores | Remove grass & install DG | 1880 — |
| 4/16/17 | | Labores | Smooth yard & sprinkler | 1880 — |
| 4/17/17 | | Alex Ponis | Groceries | 196.07 |
| 4/18/17 | | Santiago Hills Gas | Fuel for Car | 50 — |
| 4/19/17 | | Rogers Gardens | Fountain shells | 93.92 |
| 4/22/17 | | Labores | prep curb & concrete form | 1880 — |
| 4/23/17 | | Labores | pour concrete & form cap | 1880 — |
| 4/28/17 | | Creative Colorstery | Yard fountain Repair | 380.73 |
| 4/28/17 | | Home Depot | pipes & grout tools | 40.31 |
| 4/28/17 | | Harbor Freight | tools | 19.91 |
| 4/29/17 | | Labores | Finish Fountain repair & maint | 1880 — |
| 4/30/17 | | Home Depot | Trowel, tile cutter | 45.69 |
| 4/30/17 | | Labores | Clean up yard / Fountain | 1880 — |
| 4/30/17 | | Child Services | Child Support | 500 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD:   22250.65 / 0.00

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date:    4|20|17    Balance on Statement:    28.34

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:                                    0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    $0.00

* It is acceptable to replace this form with a similar form          Page 3 of 8
** Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Ocean | Mo | $20,000 | 4 | $120,000 |
| Child Support | Mo | $500 | 0 | 28,109 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Home Casualty | Farmer | 900K | 6/1/12 | 6/1/12 |
| Vehicle | Progressive | 500K | 6/1/12 | 6/1/12 |
| Others: | Held Ocean | 0 | 6/1/12 | 6/1/12 |

## I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of of montly account statements for each of the below)

|  |  |
|---|---|
| General Account: | _____ |
| Payroll Account: | _____ |
| Tax Account: | _____ |
| *Other Accounts: | _____ |
|  | _____ |
|  | _____ |
| *Other Monies: | _____ |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                                     0.00

**Petty Cash Transactions:**

| Date | Purpose | Amount |
|---|---|---|
| 4/2/17 | outside cussons | 45 36 |
| 4/4/17 | Shme lin pine | 33 — |
| 4/5/17 | Brenin dronner | 20 — |
| 4/6/17 | udos yon smee | 18 64 |
| 4/8/17 | Del Taco | 6 21 |
| 4/9/17 | Trsler Joes | 32 52 |
| 4/14/17 | Modison Same | 32 33 |
| 4/15/17 | In-N-out | 12 18 |
| 4/30/17 | 99 cents Store | 13 34 |

**TOTAL PETTY CASH TRANSACTIONS:**            209 , 5 0.00

---

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| NO Statement yet | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report.

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

                                           No    Yes

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:    [X]   ___

                                           No    Yes

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:    [X]   ___

3. State what progress was made during the reporting period toward filing a plan of reorganization
_preparing lease and consulting revenues_

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

                                           No    Yes

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.    [X]   ___

I, [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

5/15/17
_____
Date

Page 8 of 8

_____
Principal for debtor-in-possession

 **Hanmi Bank**

```
010 00007 01                    PAGE:    1
ACCOUNT:  XXXXXXXXXX9546  04/20/2017
```

TIMOTHY DAVID YALE
DEBTOR IN POSSESSION
CASE NO.:8:16-bk-14775-ES                                    20
10251 SUNRISE LN                                              0
SANTA ANA CA  92705                                          2

=================================================================
Irvine                              TELEPHONE:949-262-2500
14474 Culver Dr. Suite D
Irvine, CA 92604
=================================================================
    Want a faster way to receive your monthly statement?
    Switch to e-statement today.
    It's more secure, faster and convenient way to view your statement.
    Visit www.hanmi.com/estatement for more details.

=================================================================
               Regular Checking-Per ACCOUNT XXXXXXXXXX9546
=================================================================
                          LAST STATEMENT 03/20/17      205.59
MINIMUM BALANCE          35.59    1 CREDITS          3,800.00
AVG AVAILABLE BALANCE   529.78    3 DEBITS           3,977.25
AVERAGE BALANCE         529.78    THIS STATEMENT 04/20/17   28.34

- - - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE.......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
     04/03  3,800.00

- - - - - - - - - - CHECKS - - - - - - - - -
  CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
     *04/18    100.00    103 04/06   3,870.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                              DATE        AMOUNT
SERVICE CHARGE                           04/20         7.25

    - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

    TOTAL CHARGE FOR MAINTENANCE:              7.00
    TOTAL CHARGE FOR CHECK:                     .25
                                        ---------------
       TOTAL SERVICE CHARGE PAID:              7.25
```

Notice. Please see reverse side for important information *          Member FDIC

 Hanmi Bank

```
010 00007 01                          PAGE:    2
ACCOUNT:   XXXXXXXXXXX9546  04/20/2017
```

TIMOTHY DAVID YALE

=================================================================
Regular Checking-Per ACCOUNT XXXXXXXXXXX9546
=================================================================

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
****************************************************************
*                       |     TOTAL FOR   |     TOTAL        *
*                       |   THIS PERIOD   |  YEAR TO DATE    *
*-----------------------------------------------------------*
* TOTAL OVERDRAFT FEES: |      $.00       |      $.00        *
*-----------------------------------------------------------*
* TOTAL RETURNED ITEM FEES: |  $.00       |      $.00        *
****************************************************************
```

```
         - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
04/03        4,005.59      04/18          35.59
04/06          135.59      04/20          28.34
```

Notice: Please see reverse side for important information                    Member FDIC