UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| Timothy D. Yale | Case Number: 8:16-14775-ES |
| Debtor(s). | Operating Report Number: 4 |
| | For the Month Ending: April 30, 2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 49,200.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 41,301.63

3. BEGINNING BALANCE: — 16,744.37 0.00

4. RECEIPTS DURING CURRENT PERIOD: — 32,500 —

5. BALANCE: — 49,244.37 0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 27,251.33 0.00

7. ENDING BALANCE: — 21,993.04 0.00
+ (650) Trustee Fee

8. General Account Number(s): — Hanmi Bank  22,643.04
   XXXXxx9546

   Depository Name & Location: — 3660 Wilshire Blvd, PH-A
   Los Angeles, CA  90010

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/1/17 | c | HD Supply | Electrical parts / PVC | 10.08 |
| 4/1/17 | c | El Metate Market | Lunch for Laborers | 43.48 |
| 4/2/17 | c | Lowes | Plant materials / sprinklers | 18.25 |
| 4/3/17 | c | Laborers | Cut dead plants find broken pipes | 960.— |
| 4/4/17 | c | The Ranch | Lunch w/ client | 77.00 |
| 4/4/17 | c | Home Depot | Construction materials for yard | 136.81 |
| 4/5/17 | c | Oak grill | Client meal | 164.00 |
| 4/5/17 | c | USA gas | fuel for car (Lexus) | 60.00 |
| 4/6/17 | 103 | Bisom Law Group | Legal cost | 3,870.00 |
| 4/6/17 | c | Long Beach Airport | Parking/airport | 24.00 |
| 4/7/17 | c | Pacific Supply | water proofing for Roof | 210.89 |
| 4/8/17 | c | Santiago hills Auto | fuel for car | 44.71 |
| 4/8/17 | c | Laborers | Repair concrete and sprinklers | 1,880.00 |
| 4/8/17 | c | Home Depot | Grout & cement / glue pipe | 85.47 |
| 4/9/17 | c | Laborers | Removed dead plants & repairs | 1,880.00 |
| 4/10/17 | c | Santiago hills auto | fuel for auto / equip | 40.00 |
| 4/10/17 | c | Dr bianca restaurant | meal / client | 74.00 |
| 4/10/17 | c | Percision Precast | wall cap for yard | 435.32 |
| 4/13/17 | c | Thompsons | Grout / cement | 22.07 |
| 4/13/12 | c | Thompsons | glue to repair concrete | 7.55 |
| 4/15/17 | c | Laborers | Remove grass / install DG | 1,880.00 |
| 4/16/17 | c | Laborers | Smooth Repair yard / Sprinkles | 1,880.00 |
| 4/17/12 | c | Albertsons | groceries | 196.07 |
| 4/18/17 | c | Santiago Hill auto | fuel for Car | 50.00 |
| 4/19/17 | c | Rogers Gardens | fountain shells / yard | 193.92 |
| 4/22/17 | c | Laborers | prep curb / concrete | 1,880.00 |
| 4/23/17 | c | Laborers | Pour concrete / cap finish | 1,880.00 |
| 4/27/17 | 104 | So Cal Edison | Electrical | 1,397.92 |
| 4/27/17 | 105 | Farmers Insurance | Home Owners policy | 419.90 |
| 4/27/17 | 106 | Golden State | Water for property | 473.68 |
| 4/28/12 | c | Creative Church | Fire & material repair kitchen | 380.73 |
| 4/28/12 | c | Home Depot | pipe / tools for repairs | 40.91 |
| 4/28/17 | c | Harbour Freight | tools | 19.91 |
| 4/28/17 | c | Laborers | finish foundation & repairs | 1,880.— |
| 4/30/17 | c | Home Depot | Tile cutter / tools | 45.69 |
| 4/30/17 | c | Laborers | Clean up yard | 1,880.00 |
| 4/31/12 | 107 | Bonney & Bonney | TAX returns | 2,000.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL DISBURSEMENTS THIS PERIOD: 26,541.75 0.00

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: __4 | 20 | 17__    Balance on Statement: __28.34__

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:    | $0.00 |

* It is acceptable to replace this form with a similar form          Page 3 of 8
** Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Ocean | Mo | $20,000 | 4 | $120,000 |
| Child Support | Mo | $500 | -0- | 28,109 — |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Home or Casualty | Farmer | 900k | 6/1/17 | 6/1/17 |
| Vehicle | progressive | 500k | 6/1/17 | 6/1/17 |
| Others: Health Vision | | 0 | 6/1/17 | 6/1/17 |

## I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of of montly account statements for each of the below)

|  |  |
|---|---|
| General Account: | _____ |
| Payroll Account: | _____ |
| Tax Account: | _____ |
| *Other Accounts: | _____ |
|  | _____ |
|  | _____ |
| *Other Monies: | _____ |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                                          0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 4/2/17 | outside cussoms | 45 36 |
| 4/4/17 | Shme hi pine | 33 — |
| 4/5/17 | Brewing chorren | 20 — |
| 4/6/17 | udo's yon smee | 13 64 |
| 4/8/17 | Del TACo | 6 21 |
| 4/9/17 | Trsder JoEs | 32 52 |
| 4/14/17 | Madson Same | 32 33 |
| 4/15/17 | In-N-out | 12 18 |
| 4/30/17 | 99 cents Store | 13 34 |

**TOTAL PETTY CASH TRANSACTIONS:**                    209 , 58  0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| ~~No statement yet~~ March 31/2 | | $650 | 4/27/12 | $650 | ~~0~~ 0.00 |
| | | | | | 0.00 |
| | pd check #107 | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:

No ☒    Yes ___

_____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

No ☒    Yes ___

_____

3.

State what progress was made during the reporting period toward filing a plan of reorganization

preparing lease and consulting revenues

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

No ☒    Yes ___

_____

I, [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

5/15/17
_____
Date

_____
Page 8 of 8

_____
Principal for debtor-in-possession

# Hanmi Bank™

```
010 00007 01                         PAGE:    1
ACCOUNT:  XXXXXXXXXXX9546   04/20/2017
```

```
TIMOTHY DAVID YALE
DEBTOR IN POSSESSION
CASE NO.:8:16-bk-14775-ES                          20
10251 SUNRISE LN                                    0
SANTA ANA CA  92705                                 2
```

=========================================================================
Irvine                                    TELEPHONE:949-262-2500
14474 Culver Dr. Suite D
Irvine, CA 92604
=========================================================================

     Want a faster way to receive your monthly statement?
     Switch to e-statement today.
     It's more secure, faster and convenient way to view your statement.
     Visit www.hanmi.com/estatement for more details.

=========================================================================
          Regular Checking-Per ACCOUNT XXXXXXXXXXX9546
=========================================================================

                                    LAST STATEMENT 03/20/17       205.59
MINIMUM BALANCE              35.59      1 CREDITS             3,800.00
AVG AVAILABLE BALANCE       529.78      3 DEBITS             3,977.25
AVERAGE BALANCE             529.78   THIS STATEMENT 04/20/17      28.34

          - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
      04/03   3,800.00

          - - - - - - - - - CHECKS - - - - - - - - - -
  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
       *04/18   100.00      103 04/06   3,870.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

          - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                        DATE        AMOUNT
SERVICE CHARGE                                     04/20         7.25

        - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

        TOTAL CHARGE FOR MAINTENANCE:                  7.00
        TOTAL CHARGE FOR CHECK:                         .25
                                                  --------------
             TOTAL SERVICE CHARGE PAID:                7.25
```

Notice: Please see reverse side for important information *                    Member FDIC

# Hanmi Bank

```
010 00007 01                    PAGE:     2
ACCOUNT:  XXXXXXXXXXX9546  04/20/2017
```

TIMOTHY DAVID YALE

===============================================================================
                 Regular Checking-Per ACCOUNT XXXXXXXXXXX9546
===============================================================================

        - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*****************************************************************
*                              |    TOTAL FOR    |     TOTAL       *
*                              |   THIS PERIOD   |  YEAR TO DATE   *
*-------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:        |      $.00       |      $.00       *
*-------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:    |      $.00       |      $.00       *
*****************************************************************
```

          - - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 04/03        4,005.59 | 04/18          35.59 | |
| 04/06          135.59 | 04/20          28.34 | |

Notice: Please see reverse side for important information            Member FDIC

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| Timothy D. Yale<br><br>Debtor(s). | Case Number: 8:16-14775-ES<br>Operating Report Number: 4<br>For the Month Ending: April 30, 17 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $49,200 —

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 41,301.63

3. BEGINNING BALANCE: — 16,744,37 0.00

4. RECEIPTS DURING CURRENT PERIOD: — 32,500 —

5. BALANCE: — 49,244 37 0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 26,494 3 0.00

7. ENDING BALANCE: — 17994,14 0.00

8. General Account Number(s): — Hanmi Bank - 201359546

   Depository Name & Location: — 3660 Wilshire blvd PH-A
   Los Angeles, CA 90010

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

5/16/17

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/1/17 | | HD Supp - Electrical | PVC Conduit | 10.08 |
| 4/1/17 | | El Metate Market | Lunch for Labors | 43.48 |
| 4/2/17 | | Lowes | Plant materials | 18.25 |
| 4/3/17 | | Laborers 8 x 120 | Labor for Yard prep | 960.— |
| 4/4/17 | | The Ranch | Lunch with Client | 77 — |
| 4/4/17 | | Home Depot | Construction Material | 136.85 |
| 4/5/17 | | Oak Grill | Client Lunch | 164.00 |
| 4/5/17 | | USA Gas | Fuel for Car | 60 — |
| 4/6/17 | 1 0 3 | Brown Law Group | Legal fee chapter 11 | 3,870 — |
| 4/6/17 | | Long Beach Dept | Parking fee | 24 |
| 4/7/17 | | Pacific Supply | Water proofing | 210.88 |
| 4/8/17 | | Santiago Hills Auto | Gas for Car | 44.71 |
| 4/8/17 | | Laborers | Restore yard | 1880 — |
| 4/8/17 | | Home Depot | Grout / cement | 85.47 |
| 4/9/17 | | Laborers | Dig Lines & install pipe | 1880 — |
| 4/10/17 | | Santiago Hills Auto | Fuel For Car | 40 — |
| 4/10/17 | | Pro Dimma | Catering for Client tour | 74 — |
| 4/10/17 | | Precision Precast | Well cap for Yard | 435.32 |
| 4/13/17 | | Thompsons building | grout for walls | 22.07 |
| 4/13/17 | | Thompson building | concrete adhesive | 7.55 |
| 4/15/17 | | Laborers | Remove grass & install DG | 1880 — |
| 4/16/17 | | Laborers | Smooth yard & sprinklers | 1880 — |
| 4/17/17 | | Albertsons | Groceries | 196.07 |
| 4/18/17 | | Santiago Hills gas | Fuel for Car | 50 — |
| 4/19/17 | | Rogers Gardens | Fountain shells | 193.92 |
| 4/22/17 | | Laborers | prep curb & concrete form | 1880 — |
| 4/23/17 | | Laborers | pour concrete & form cap | 1880 — |
| 4/28/17 | | Creative Colorsetry | yard fountain repair | 380.73 |
| 4/28/17 | | Home Depot | pipes & grout tools | 40.31 |
| 4/28/17 | | Harbor Freight | tools | 19.91 |
| 4/29/17 | | Laborers | Finish Fountain replacement | 1880 — |
| 4/30/17 | | Home Depot | Trowel, tile cutter | 45.69 |
| 4/30/17 | | Laborers | Clean up yard / Fountain | 1880 — |
| 4/30/17 | | Child Services | Child Support | 500 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: 22,750.00