RANDALL P. MROCZYNSKI (State Bar No. 156784)
rmroczynski@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1145

Attorneys for Movant,
WELLS FARGO BANK, N.A.
d/b/a WELLS FARGO DEALER SERVICES

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>TIMOTHY D. YALE<br><br>Debtor. | CASE NO. 8:16-bk-14775-ES<br><br>CHAPTER 11<br><br>SUPPLEMENTAL PROOF OF SERVICE RE: NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)<br><br><u>Original Hearing Date and Time:</u><br>Date: May 18, 2017<br>Time: 10:00 A.M.<br>Ctrm.: 5A<br><br><u>Continued Hearing Date and Time:</u><br>Date: June 15, 2017<br>Time: 10:00 A.M.<br>Ctrm.: 5A |

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is 535 Anton Boulevard, 10th Floor, Costa Mesa, California 92626-1947.

On <u>May 18, 2017</u>, I served the foregoing document described as NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY) previously filed with this Court on **April 14, 2017**, as dockets number

1
**SUPPLEMENTAL PROOF OF SERVICE**

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

**69**, on the following parties in this action by first-class mail by placing a true copy(s) thereof enclosed in a sealed envelope(s) addressed as follows:

### SEE ATTACHED PROOF OF SERVICE.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 18, 2017, at Costa Mesa, California.

_____
DALIN SUON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**535 ANTON BLVD., 10TH FLOOR; COSTA MESA, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>SUPPLEMENTAL PROOF OF SERVICE RE: NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)</u>.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 18, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Andrew S. Bisom, Attorney for Debtor:     abisom@bisomlaw.com
Joseph A. Weber, Attorney for Debtor:     firmanweber@yahoo.com
U.S. Trustee (SA):     ustpregion16.sa.ecf@usdoj.gov
Michael Hauser, Attorney for U.S. Trustee:     michael.hauser@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) May 18, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor:     Timothy D. Yale - 10251 Sunrise Lane, Santa Ana, CA 92705

U.S. Bankruptcy Judge: THE HONORABLE ERITHE A. SMITH
    411 West Fourth Street, Ste. 5040 Santa Ana, CA 92701

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 18, 2017 | Dalin Suon | /s/ Dalin Suon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION
## In re Timothy D. Yale
Bankruptcy Case No.: 8:16-bk-14775-ES

## 2. SERVED BY UNITED STATES MAIL:

### Attorney for Debtor:
Andrew S Bisom
The Bisom Law Group
300 Spectrum Center Drive, Ste.1170
Irvine, CA 92618-3009

## List of Creditors Holding 20 Largest Unsecured Claims-

GC Services, LP
6330 Gulfton
Houston, TX 77081

Catalina Homes
14418 Best Avenue
Santa Fe Springs, CA 90670

Julie Yale
115 Jasmine Creek Drive
Corona Del Mar, CA 92625-1418

Ian Tseng
136 Coyote Bruch
Irvine, CA 92618

Pacific Capital Bank, NA
3855-F Alamo Street
Simi Valley, CA 93063-2110

Ascension Recovery Management
27833 Avenue Hopkins, Ste. 1B
Valencia, CA 91355

Credence Resource Mgt., LLC
17000 Dallas Parkway, Ste. 204
Dallas, TX 75248

Credit Collection Services
725 Canton St.
Norwood, MA 02062

OC Child Support services
PO Box 989067
West Sacramento, CA 95798-9067

Tom and Leighann Nanci
9762 Ravenscroft Road
Santa Ana, CA 92705

Bonney & Bonney
3862 Katella Avenue, Ste. B
Los Alamitos, CA 90720

Marie Green
7523 Autumn Hill Way
Orange, CA 92869-4517

Kelvin Tran
14617 Fonthill Avenue
Hawthorne, CA 90250-8459

Portfolio Recovery Ass., LLC
P.O. Box 12914
Norfolk, VA 23541

Law Offices of David Brody
1350 Columbia St., Ste. 403
San Diego, CA 92101

- Debtor did not file a List of 20 Largest Unsecured Creditors. The above creditors were obtained from Debtor's Schedule E/F.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE