Peter C. Anderson
United States Trustee
Michael Hauser SBN 140165
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
michael.hauser@usdoj.gov

**FILED & ENTERED**

**AUG 14 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** reid      **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TIMOTHY D. YALE,<br><br>            Debtor. | Case No. 8:16-bk-14775-ES<br><br>Chapter 11<br><br>**Order Granting Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)**<br><br>Date:   July 27, 2017<br>Time:  10:30 a.m.<br>Crtm:  5A |

The continued hearing on the U.S. Trustee's Motion to Dismiss or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. § 1112(b), having come on regularly for hearing before the undersigned United States Bankruptcy Judge at the date and time indicated above, and all appearances having been noted on the record, and for the reasons stated on the record, and for good cause shown:

//

//

//

1

**IT IS ORDERED:**

1. The Motion is granted.

2. The chapter 11 case is hereby dismissed.

3. Judgment is granted in favor of the U.S. Trustee in the amount of $1,300 for quarterly fees.

###

Date: August 14, 2017

Erithe Smith
United States Bankruptcy Judge